Held
10-27-03

10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U.S.D.J.
915 Lafayette Boulevard
Bridgeport

October 27, 2003

2:30 p.m.

Any request for postponement should be directed to Alice Montz at 203-579-5952

CASE NO.   3-02-cv-171 Absher v Flexi Intl Software

COUNSEL OF RECORD:

| | |
|---|---|
| Michael J. Melly | 143 Oneco Avenue #4, New London, CT 860-989-9613 |
| Timothy G. Ronan | Cummings & Lockwood, Four Stamford Plaza, PO Box 120, Stamford, CT 203-327-1700 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Referred to HBF for settlement conference. To be scheduled by her chambers for Nov. 24th @ 10 am.