UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Absher,
    Plaintiff,

v.

Flex Int'l Software,
et al,
    Defendant.

2003 OCT 28 A 11: 04

Case No.  3:02cv00171

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate <u>Judge Holly B. Fitzsimmons</u> for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

**XXX A settlement conference (orefmisc./cnf)**

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc) _____

SO ORDERED this 28 day of October, 2003 at Bridgeport, Connecticut.

Alan H. Nevas
United States District Judge