UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 A 10: 25
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| RITA ABSHER, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 3:02CV171 (AHN) |
| FLEXI INTERNATIONAL SOFTWARE, INC. AND JAY BELSKY, | ) |
| Defendants. | ) November 11, 2003 |

**SECOND MOTION FOR EXTENSION OF TIME
OF THE MAY 5, 2003 SCHEDULING ORDER NUNC PRO TUNC**

Pursuant to Local Rule 7(b), Defendants, FlexiInternational Software, Inc. and Jay Belsky ("Defendants"), respectfully request an additional sixty (60) day extension of time for the remaining dates for discovery and subsequent procedures and motions dependent on the completion of discovery set forth in the May 5, 2003 Scheduling Order in the above-captioned matter (enclosed as Attachment A), including an extension of time from October 28, 2003 up to and including December 28, 2003 to complete discovery in this case.

Defendants move for this extension of time on the grounds that additional time is needed by the parties to provide them with an opportunity to organize a mediation of their disputes before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge. If the parties are unable to resolve their disputes then additional time would be required to complete discovery and to meet the other related and dependent deadlines set forth in the Court's May 5, 2003 Order.

This is Defendants' second request for an extension of time with respect to the completion of discovery and deadlines for procedures and motions to occur thereafter. This is Defendants' third request with respect to the deposition of Plaintiff's designated expert and

Defendants' designation of their expert(s).

Counsel for Plaintiff does not object to a 60 day extension of time as set forth above.

WHEREFORE, based on the foregoing, Defendants, respectfully request that this Court grant a sixty (60) day extension of time for the remaining dates for discovery and subsequent procedures and motions dependent on the completion of discovery set forth in the May 5, 2003 Scheduling Order.

> DEFENDANTS,
> FLEXI INTERNATION SOFTWARE, INC.
> AND JAY BELSKY
> BY CUMMINGS & LOCKWOOD LLC
> THEIR ATTORNEYS
>
> By _Timothy G. Ro___
> Timothy G. Ronan (CT 06310)
> Four Stamford Plaza
> 107 Elm Street
> Stamford, CT 06904
> (203) 327-1700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME OF THE MAY 5, 2003 SCHEDULING ORDER was served via facsimile transmission and first class mail, postage prepaid this 11th day of November, 2003 to:

        Michael J. Melly, Esq.
        143 Oneco Avenue #4
        New London, CT  06320

                                */s/ Timothy G. R.*
                              Timothy G. Ronan (CT 06310)

.StmLib1:1036662.1 11/11/03