51

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 A 10: 25
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| RITA ABSHER,  )  <br> )  <br> Plaintiff,  )  <br> v.  )  <br> )  <br> FLEXIINTERNATIONAL SOFTWARE, )  <br> INC. AND JAY BELSKY,  )  <br> )  <br> Defendants.  ) | CIVIL ACTION NO. <br> 3:02CV171 (AHN) <br><br><br><br><br><br> November 11, 2003 |

**SECOND MOTION FOR EXTENSION OF TIME**
**OF THE MAY 5, 2003 SCHEDULING ORDER NUNC PRO TUNC**

Pursuant to Local Rule 7(b), Defendants, FlexiInternational Software, Inc. and Jay

[Belsk]y ("Defendants"), respectfully request an additional sixty (60) day extension of time for the

[remai]ning dates for discovery and subsequent procedures and motions dependent on the

[compl]etion of discovery set forth in the May 5, 2003 Scheduling Order in the above-captioned

[case] (enclosed as Attachment A), including an extension of time from October 28, 2003 up to

[and in]cluding December 28, 2003 to complete discovery in this case.

Defendants move for this extension of time on the grounds that additional time is needed

[for the] parties to provide them with an opportunity to organize a mediation of their disputes

[before] the Honorable Holly B. Fitzsimmons, United States Magistrate Judge. If the parties are

[unable] to resolve their disputes then additional time would be required to complete discovery and

[to mee]t the other related and dependent deadlines set forth in the Court's May 5, 2003 Order.

This is Defendants' second request for an extension of time with respect to the

completion of discovery and deadlines for procedures and motions to occur thereafter. This is

Defendants' third request with respect to the deposition of Plaintiff's designated expert and

Motion Granted.
Discovery cutoff date 12.28.03
Dispositive Motions due by 1.28.04
SO ORDERED
11/18/03
ALAN H. NEVAS, U.S.D.J.