UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| **RITA ABSHER** | : | 2003 DEC 29  P 2: 16 |
| | : | |
| PLAINTIFF, | : | CIVIL ACTION NO. |
| | : | 3:02 CV171(AHN) |
| v. | : | |
| | : | |
| **FLEXI INTERNATIONAL** | : | DECEMBER 26, 2003 |
| **SOFTWARE, INC. AND JAY BELSKY** | : | |
| | : | |
| DEFENDANTS | : | |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER AND ENLARGEMENT OF TIME FOR COMPLETING DISCOVERY

Plaintiff, Rita Absher, requests that the court modify the scheduling order in this matter and enlarge the time for completing discovery to February 28, 2003. This is the second request for enlargement in this matter. All parties are in agreement with this request.

### Procedural

The plaintiff's employment with the defendant company was terminated following her complaints of sexual harassment against the defendant, Jay Belsky. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The discovery period has previously been enlarged to December 28, 2003.

## Reasons For Requested Enlargement

The parties have conducted substantial discovery, including requests for interrogatories and production and depositions of the plaintiff and defendant, Jay Belsky. Discovery disputes have arisen, however, causing delay in the pursuit of discovery. Court intervention is required regarding the discovery disputes and a motion seeking such intervention is nearing completion. Further, counsel for the parties have each become affiliated with new law firms, causing somewhat of a delay in the transfer of files and the pursuit of discovery. The parties have agreed, with the consent of the court, to proceed to a settlement conference and the matter has been referred to Magistrate Fitzsimmons for a settlement conference.

Additional time is required in order to fully complete the discovery which has been undertaken thus far.

## Counsel For The Parties Agree On An Enlargement Of Time

Counsel for the parties agree on the requested enlargement of time to complete necessary discovery.

Plaintiff
Rita Absher

By _____
Michael J. Melly
Fed. Bar. No. ct17841
143 Oneco Avenue Suite 4
New London, CT 06320
(860) 447-1990
(860) 989-9613

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 12/26/03
To:
Timothy Ronan
Pullman & Comley
300 Atlantic Street
Stamford, CT 06901-3522

_____
Michael J. Melly