55

02CV171 MEXTIME

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | 2003 DEC 29 P 2: 16 |
| | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02 CV171(AHN) |
| | : | |
| v. | : | |
| | : | |
| FLEXI INTERNATIONAL | : | DECEMBER 26, 2003 |
| SOFTWARE, INC. AND JAY BELSKY | : | |
| | : | |
| DEFENDANTS | : | |

Motion Granted.
Discovery cutoff date 2.28.04
Dispositive Motions due by 3.29.04
SO ORDERED
1/7/04
ALAN H. NEVAS FILED
2004 JAN -9 A 10: 14
U.S. DISTRICT COURT
BRIDGEPORT CT

**MOTION FOR MODIFICATION OF SCHEDULING ORDER AND
ENLARGEMENT OF TIME FOR COMPLETING DISCOVERY**

Plaintiff, Rita Absher, requests that the court modify the scheduling order in this matter and enlarge the time for completing discovery to February 28, 2003. This is the second request for enlargement in this matter. All parties are in agreement with this request.

**Procedural**

The plaintiff's employment with the defendant company was terminated following her complaints of sexual harassment against the defendant, Jay Belsky. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The discovery period has previously been enlarged to December 28, 2003.