## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RITA ABSHER

   v.

FLEXIINTERNATIONAL SOFTWARE, INC.,
FRANK GRYWALSKI, KEVIN NOLAN,
STEFAN BOOTHE INDIVIDUALLY AND IN
THEIR CAPACITIES AS OFFICERS AND
JAY BELSKY

**APPEARANCE**

CASE NUMBER: 3:02 CV 171 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

   Defendants FlexiInternational Software, Inc., Kevin Nolan,
   Stefan Bothe and Jay Belsky

---

January 20, 2004
**Date**

06170
**Connecticut Federal Bar Number**

(203) 330-2112
**Telephone Number**

(203) 330-2288
**Fax Number**

mlavelle@pullcom.com
**E-mail address**

_(signature)_
**Signature**

Michael N. LaVelle
**Print Clearly or Type Name**
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
**Address**
Bridgeport, CT   06604

(203) 330-2112   FAX: 330-2288

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

   Michael J. Melly, Esq.
   143 Oneco Avenue, #4
   New London, CT   06320

_(signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24