FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 JAN 16  P 2: 39

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| RITA ABSHER | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02 CV171(AHN) |
| | : | |
| v. | : | |
| | : | |
| FLEXI INTERNATIONAL | : | DECEMBER 30, 2003 |
| SOFTWARE, INC. AND JAY BELSKY | : | |
| | : | |
| DEFENDANTS | : | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Rita Absher, requests pursuant to Fed. R. Civ. P. 37 and local rules,

that the court issue an order compelling responses to plaintiff's first set of interrogatories

and requests for production dated October 3, 2002. Further, plaintiff seeks, pursuant to

Rule 37(a)(2)(B) and Local Rule 9(d)(2), attorney's fees and expenses incurred in pursuit

of this motion. Plaintiff files a memorandum of law and certification in support of this

motion to compel.

Plaintiff,
Rita Absher

Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue #4
New London, CT 06320
Tel: (860) 447-1990

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on    12/31/03
To:
Timothy Ronan
Pullman & Comley
300 Atlantic Street
Stamford, CT 06901-3522

_____
Michael J. Melly