**Michael J. Melly, Esq.**
143 Oneco Avenue #4
New London, Ct. 06320
Tel: (860) 447-1990
Cell: (860) 989-9613
mjmelly@aol.com

September 23, 2003

Timothy Ronan, Esq.
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

**Re: Rita Absher v. Flexi International Software, Inc., et al**

Dear Attorney Ronan:

I am no longer with The Employment Law Group. I have been retained as the sole attorney for Ms. Absher. Mr. Axelrod no longer represents Ms. Absher. Please communicate with and copy me on all further dealings in this matter. I have previously advised Attorney Wice of this development, however, since she is no longer with Cummings & Lockwood, I thought it prudent to let you know personally.

Do you know whether the motion for extension of the discovery period has been ruled on. Let's talk about further discovery and depositions. Is it possible for me to get a copy of defendant's discovery (interrogatories and production) responses and objections. I do not need the production, but simply the responses. For convenience, you may email them if you like.

Sincerely,

Michael J. Melly