**Michael J. Melly, Esq.**
143 Oneco Avenue #4
New London, Ct. 06320
Tel: (860) 447-1990
Cell: (860) 989-9613
mjmelly@aol.com

November 21, 2003

Timothy Ronan, Esq.
Cummings & Lockwood
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Re:   Dear Attorney Ronan:

    I have communicated numerous times with you regarding discovery issues without a return call. I am concerned that the close of the discovery period is once again upon us. We need to speak regarding defendant's objections to discovery and the sparse discovery which was produced by the defendant. I would also like to make arrangements to pick up the documents which you promised at deposition. I would also like to set deposition dates so that Ms. Absher may make flight arrangements in advance. Since you have not obliged my communication, enclosed are deposition notices for December 8th, 9th & 10th, 2003. I also requested that Magistrate Fitzsimmons schedule the settlement conference on one of these dates. You may wish to have Dr. Bordon's appointment on one of these dates, preferably early or late in the day so that I may conduct depositions during the remainder of the day.

Sincerely,

*[signature]*

Michael J. Melly