**Michael J. Melly**
143 Oneco Avenue #4
New London, Ct. 06320
Tel: (860) 447-1990
Cell: (860) 989-9613
mjmelly@aol.com

December 2, 2003

Timothy Ronan, Esq.
Cummings & Lockwood
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Re: <u>Absher v. Flexi International Software</u>

Dear Tim:

    I write to reiterate my desire and intent to conduct discovery in this case. I have been trying to schedule depositions for six months and you and your firm have neglected to provide dates. I, therefore, chose dates [December 8th, 9th & 10th 2003] and sent notices, only to receive another excuse for postponement. As I stated in our telephone conversation of December 1, 2003, I am not going to wait any longer to conduct discovery. Since I postponed the depositions at your request, I expect proposals for new dates this week as well. Remember the dates should consider that the plaintiff will be traveling from Mexico.

    You promised [via the telephone] that we would speak this week about your objections to plaintiff's written discovery requests. Although I expect full responses to my requests, I am willing to talk about your objections. I have communicated with you many times regarding engaging in such a discussion. Also, please provide me with dates of your availability for settlement conference and respond to my settlement demand of November 4, 2003. Should you have any questions or comments regarding the plaintiff's damage analysis, please communicate them to me. Further, I would like to pick up the discovery that was promised at deposition on September 4, 2003.

    If I do not hear from you by December 5, 2003, I will issue deposition notices, which will not be postponed. I will further file a motion to compel discovery. Regarding the discovery already promised, I will be at your office on December 5, 2003 for pick-up.

    These items are urgent, as the discovery period is closing on December 28, 2003. I expect to hear form you this week.

Sincerely,

Michael J. Melly

cc. R. Absher