# United States District Court
## District of Connecticut

Absher
*Plaintiff*

v.

Flexi Intl Software, et al
*Defendant*

Case No. 3-02-cv-171 (AHN)

FILED
2004 FEB -9 P 3: 35

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

✓ A ruling on the following motions which are currently pending: (orefm.)
**Doc# 58 Motion to Compel**

____ A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)


SO ORDERED this __3rd__ day of __Feburary__, __2004__ at Bridgeport, Connecticut.

Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE