UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER | : |
| | : |
| PLAINTIFF, | : CIVIL ACTION NO. |
| | : 3:02 CV171(AHN) |
| v. | : |
| | : |
| FLEXI INTERNATIONAL | : |
| SOFTWARE, INC. AND JAY BELSKY | : FEBRUARY 27, 2004 |
| | : |
| DEFENDANTS | : |

FILED
2004 FEB 27 P 4:04
US DISTRICT COURT
BRIDGEPORT CT

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER AND ENLARGEMENT OF TIME FOR COMPLETING DISCOVERY

The parties jointly request that the court modify the scheduling order in this matter and enlarge the time for completing discovery to April 28, 2004, and a corresponding extension of the other deadlines in the scheduling order. This is the third request for enlargement of time in this matter. All parties are in agreement with and jointly make this request.

**Procedural**

The plaintiff's employment with the defendant company was terminated. Plaintiff claims that her termination was related to complaints of sexual harassment against the defendant, Jay Belsky. The defendant denies the allegations. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The discovery period has previously been enlarged to February 28, 2004.

## Reasons For Requested Enlargement

The parties have conducted substantial discovery, including requests for interrogatories and production and depositions of the plaintiff and defendant, Jay Belsky. The plaintiff recently deposed the defendant, FlexiInternational, pursuant to Fed. R. Civ. P. 30 (b)(6). Discovery disputes have arisen, however, causing delay in the pursuit of discovery. Court intervention is required regarding the discovery disputes and a motion to compel seeking such intervention has been filed by the plaintiff. The parties have agreed, with the consent of the court, to proceed to a settlement conference and the matter has been referred to Magistrate Fitzsimmons for a settlement conference, which has been scheduled for March 23, 2004.

Additional time is required in order to fully complete the discovery which has been undertaken thus far. The plaintiff's motion to compel is pending. Further, additional discovery requests were served by the plaintiff in December 2003, requiring further discussion of the parties. Plaintiff has notified the defendant of her desire to depose two former employees of the defendant, Rosemary Ferraro and Kevin Nolan. The details of notice, time and place of these depositions are being worked out at this time between the parties, however, this process has been complicated because these witnesses are no longer employed by the defendant and Ms. Ferraro has been thus far difficult to find.

## Counsel For The Parties Agree On An Enlargement Of Time

Counsel for the parties agree on the requested enlargement of time to complete necessary discovery.

Plaintiff                                      Defendant
Rita Absher                                    FlexiInt


By *[signature: Michael LaVelle]*
Michael LaVelle
Timothy Ronan
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on
To:
   Michael J. Melly
   143 Oneco Avenue Suite 4
   New London, CT 06320
   (860) 447-1990

*[signature]*
Michael N. LaVelle