

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

RITA ABSHER                            :
                                       :   2004 FEB 27 P 4:00
         PLAINTIFF,                    :   CIVIL ACTION NO.
                                       :   3:02 CV171(AHN)
v.                                     :   US DISTRICT COURT
                                       :   BRIDGEPORT CT
FLEXI INTERNATIONAL                    :   FEBRUARY 27, 2004
SOFTWARE, INC. AND JAY BELSKY          :
                                       :
         DEFENDANTS                    :

Motion Granted.
Discovery cutoff date 4-28-04
Dispositive Motions due by 5-28-04
SO ORDERED
3/4/04
ALAN H. NEVAS, U.S.D.J.

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER AND ENLARGEMENT OF TIME FOR COMPLETING DISCOVERY

The parties jointly request that the court modify the scheduling order in this

[ma]tter and enlarge the time for completing discovery to April 28, 2004, and a

[co]rresponding extension of the other deadlines in the scheduling order. This is the

[3]rd request for enlargement of time in this matter. All parties are in agreement with and

[joi]ntly make this request.

### [Pr]ocedural

The plaintiff's employment with the defendant company was terminated.

Plaintiff claims that her termination was related to complaints of sexual harassment

against the defendant, Jay Belsky. The defendant denies the allegations. The plaintiff

commenced this action for claims arising under Title VII [sexual harassment and gender

discrimination], contract and promissory estoppel. The discovery period has previously

been enlarged to February 28, 2004.