UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>     PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>     DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br><br><br>April 14, 2004 |

### DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

In accordance with Local Rule 9(d), and in an effort to resolve alleged discovery disputes, the Defendants hereby supplement their response to the Plaintiff's Motion to Compel Responses to the Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

1.   **Interrogatory No. 6 and Production No. 17**

The Plaintiff requests the value of her fringe benefits. The Plaintiff previously received the value of her 401(k) plan, Bates No. F000025-F000028. The Plaintiff has previously received the value of her medical and dental plans, Bates No. F000107. The cost of life insurance in 2001 was $0.24 per thousand dollars of insurance.

2. **Interrogatory No. 7 and Production No. 27**

The Plaintiff requests information concerning investigation of her claims. The Plaintiff has already received a privilege log describing affidavits of witnesses taken by defendant's attorneys. The Plaintiff has already received notes describing the defendant's investigation of her accusations, Bates No. F000130-F000136, Bates No. F000137-F000143.

3. **Interrogatory No. 9 and Production No. 7**

The Plaintiff seeks information concerning employee handbooks and manuals. The Plaintiff has already received the FlexiInternational Policies and Procedures Booklet effective January 1, 1998, Bates No. F000144 to F000170, and Revisions to the Manual, Bates No. F000171 toF000192. In further response to Production No. 7, the Plaintiff has already received copies of sexual harassment documents, Bates No. F000197, F000198, F000199-F0002010.

4. **Interrogatory No. 10 and Production No. 15**

This information is the same as the response to Interrogatory No. 9 and Production No. 7.

5. **Interrogatory No. 11 and Production No. 16**

The Plaintiff seeks information concerning other sexual harassment or gender

discrimination or wage complaints. There are no such documents.

### 6. Interrogatory No. 12 and Interrogatory No. 2 and Production No. 29

The Plaintiff seeks documents and persons with information concerning the Plaintiff's claims. The Plaintiff has already received Bates No. F000005, 0000010, 000037 to 000040, 000045 to 000047, F000057, F000061, F000071 to 000077, F000092 to F000102, F000103 to F000196, F000129, F000130-000136 (Frank Grywalski, Company president), F000137-000143, F000197, F000199. Names and addresses of persons with knowledge were previously furnished in the Defendant's Rule 26(f) report.

### 7. Interrogatory No. 13 and Production No. 13

The Plaintiff seeks witness statements. The Plaintiff has previously received a privilege log identifying statements taken by Defendant's counsel.

### 8. Interrogatory No. 14 and Production No. 30

The Plaintiff requests information concerning insurance related to Plaintiff's claims. There is no such insurance.

### 9. Interrogatory No. 15 and Production No. 31

The Plaintiff seeks information concerning admissions. Whether Defendants will argue at some point in this case that a statement or document should be treated as an admissions is attorney work product.

10. **Production No. 18**

The Plaintiff seeks information concerning bonuses paid to other employees. Further documentation concerning bonuses is attached to this response, and is included with item no. 6 of the Defendants' Supplemental Response to the Plaintiff's Request for Production Dated December 12, 2003.

11. **Production No. 19**

Plaintiff seeks information concerning reports provided to governmental agencies related to discrimination. There are no such documents.

12. **Production No. 22**

Plaintiff seeks names and addresses of employees, which have been furnished in response to Interrogatory No. 2 and Defendant's Initial Disclosures pursuant to Rule 26(a).

13. **Production No. 25**

Plaintiff seeks information concerning performance of her duties after her separation from employment, which has previously been submitted in response to Interrogatory No. 5.

14. **Production No. 16**

Plaintiff has previously received this information, as described in the response to

Interrogatory No. 7 and Production No. 17.

### 15. Production No. 28

This information is included in the response to Production No. 25.

THE DEFENDANTS,
FlexiInternational Software, Inc. and Jay Belsky

By: _____
Michael N. LaVelle (CT 06170)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Telephone: (203) 330-2112
Facsimile: (203) 330-2288

### CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via federal express and by electronic mail on April 5, 2004 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
143 Oneco Avenue, #4
New London, CT 06320
mjmelly@aol.com

_____
Michael N. LaVelle (CT 06170)

5

| | | Q2 YTD Bonus Dollars | Q3 Billing Hours | Q3 YTD Billing Hours | Q3 YTD Bonus Hours | Q3 YTD Hrs Over Std Hrs | Q3 Bonus Factor | Q3 YTD Adj. Bonus Hours | Q3 YTD Bonus Dollars | Q3 Bonus Dollars | Q3 YTD Bonus Pool |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Proj Mgr | Chris Anglim | 10931.43 | 467.50 | 1464.00 | 1011.00 | 0.00 | 100.00% | 1,011.00 | 15,913.14 | 4,981.71 | 6,827.25 |
| Consultants | Sharon Fernandez | 2063.1 | 298.00 | 586.00 | 349.00 | 0.00 | 100.00% | 349.00 | 5,538.63 | 3,475.53 | 2,377.62 |
| | Cliff Gideon | 3068.3 | 252.00 | 696.00 | 213.00 | 0.00 | 100.00% | 213.00 | 5,356.95 | 2,288.65 | 2,296.61 |
| | Doug Freeland | 11982.96 | 465.50 | 1303.50 | 847.50 | 71.50 | 100.00% | 847.50 | 20,622.36 | 8,639.40 | 8,844.46 |
| | Jerry Graydon | 7725.04 | 147.40 | 791.15 | 419.15 | 0.00 | 100.00% | 419.15 | 8,181.81 | 456.77 | 3,508.77 |
| CB Staff | Lisa Hamilton | 4976.52 | 0.00 | 505.00 | 7.00 | 0.00 | 100.00% | 7.00 | 4,976.52 | 0.00 | 2,133.06 |
| | Alex Pasieka | 7537.5 | 0.00 | 771.00 | 177.00 | 0.00 | 100.00% | 177.00 | 5,849.10 | 0.00 | 3,234.68 |
| | Hong Wang | 6673.29 | 449.00 | 1418.00 | 1049.00 | 0.00 | 100.00% | 1,049.00 | 9,682.27 | 3,008.98 | 4,162.40 |
| | Anthony D'Auria | 8306.55 | 416.00 | 1430.50 | 1007.50 | 0.00 | 100.00% | 1,007.50 | 11,425.05 | 3,118.50 | 4,905.91 |
| PT Consultant | FL (PT-1) | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| | RA (PT-2) | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| | Jay Belsky (PT-3) | 5411.98 | 0.00 | 399.00 | 252.00 | 0.00 | 100.00% | 252.00 | 4,530.96 | | 1,942.57 |
| Non-Billing Personnel | CB | 3720 | | | | | | | 3,720 | | |
| | AK | 3558 | | | | | | | 3,558 | | |
| | JN | 4086 | | | | | | | 4,086 | | |
| | CC | 5400 | | | | | | | 5,400 | | |
| New (PT-1) | | 0 | | | | | | | 0 | | |
| FL (PT-1) | | 6210 | | | | | | | 6,210 | | |
| RA (PT-2) | | 2814 | | | | | | | 2,814 | | |
| JB (PT-3) | | 5226 | | | | | | | 5,226 | | |
| KN | | | | | | | | | 0 | | |

$05,969.54

Outside consultant

Discretionary bonus pool    0.00    893.75

Input 11/10/00 DP

| | | Q2 YTD Bonus Dollars | Q3 Billing Hours | Q3 YTD Billing Hours | Q3 YTD Bonus Hours | Q3 YTD Hrs Over Std Hrs | Q3 Bonus Factor | Q3 Adj. Bonus Hours | Q3 YTD Bonus Dollars | Q3 Bonus Dollars | Q3 YTD Bonus Pool |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Proj Mgr | Chris Anglim | 10931.43 | 467.50 | 1464.00 | 1011.00 | 0.00 | 100.00% | 1,011.00 | 15,913.14 | 4,981.71 | 6,827.25 |
| Consultants | Sharon Fernandez | 2063.1 | 298.00 | 586.00 | 349.00 | 0.00 | 100.00% | 349.00 | 5,538.63 | 3,475.53 | 2,377.62 |
| | Cliff Gideon | 3068.3 | 252.00 | 696.00 | 213.00 | 0.00 | 100.00% | 213.00 | 5,356.95 | 2,288.65 | 2,296.61 |
| | Doug Freeland | 11982.96 | 465.50 | 1303.50 | 847.50 | 0.00 | 100.00% | 847.50 | 20,622.36 | 8,639.40 | 8,844.46 |
| | Jerry Graydon | 7725.04 | 147.40 | 791.15 | 419.15 | 71.50 | 100.00% | 419.15 | 8,181.81 | 456.77 | 3,508.77 |
| CB Staff | Lisa Hamilton | 4976.52 | 0.00 | 505.00 | 7.00 | 0.00 | 100.00% | 7.00 | 4,976.52 | 0.00 | 2,133.06 |
| | Alex Pasieka | 7537.5 | 0.00 | 771.00 | 177.00 | 0.00 | 100.00% | 177.00 | 5,849.10 | 0.00 | 3,234.68 |
| | Hong Wang | 6673.29 | 449.00 | 1418.00 | 1049.00 | 0.00 | 100.00% | 1,049.00 | 9,682.27 | 3,008.98 | 4,162.40 |
| | Anthony D'Auria | 8306.55 | 416.00 | 1430.50 | 1007.50 | 0.00 | 100.00% | 1,007.50 | 11,425.05 | 3,118.50 | 4,905.91 |
| PT Consultant | FL (PT-1) | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| | RA (PT-2) | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 0.00 |
| | Jay Belsky(PT-3) | 5411.98 | 0.00 | 399.00 | 252.00 | 0.00 | 100.00% | 252.00 | 4,530.96 | | 1,942.57 |
| Non-Billing Personnel | CB | | | | | | | | 3,720 | | |
| | AK | | | | | | | | 3,558 | | |
| | JN | | | | | | | | 4,086 | | |
| | CC | | | | | | | | 5,400 | | |
| New (PT-1) | FL (PT-1) | | | | | | | | 0 | | |
| | RA (PT-2) | | | | | | | | 6,210 | | |
| | JB(PT-3) | | | | | | | | 2,814 | | |
| | KN | | | | | | | | 5,226 | | |
| | | | | | | | | | 0 | | |

$65,969.54

Outside consultant

Discretionary bonus pool     0.00     893.75

Discresionary Bonus Pool Dispribution Analysis
For employees not associate with direct billing 100% of the time
for period ending 6/30/2000

| Employee | Base Salary | Std. Pct. Non-direct | Adjusted Salary | Bonus Proposed | Pct. of Adj. Base | Bonus Approved | Pct. Of Adj. Base |
|---|---|---|---|---|---|---|---|
| Cheryl Brennan | 62,000 | 100.00% | 62,000 | 3,720 | 6.00% | 2,800 | 4.52% |
| Ed Khaliq | 59,300 | 100.00% | 59,300 | 3,558 | 6.00% | 1,779 | 3.00% |
| Jennifer Nagy | 68,100 | 100.00% | 68,100 | 4,086 | 6.00% | 2,043 | 3.00% |
| Chris Confaloni | 89,999 | 100.00% | 89,999 | 5,400 | 6.00% | 4,000 | 4.44% |
| New (PT-1) | | | 0 | 0 | 0.00% | | 0.00% |
| Fran Lombard | 103,500 | 100.00% | 103,500 | 6,210 | 6.00% | 4,500 | 4.35% |
| Rita Absher | 70,000 | 66.67% | 46,669 | 2,800 | 6.00% | 2,814 | 6.03% |
| Jay Belsky | 130,000 | 66.67% | 86,671 | 5,200 | 6.00% | 3,000 | 3.46% |
| Kevin Nolan | 149,800 | 100.00% | 149,800 | 0 | 0.00% | | 0.00% |

*[signature] 5/21/0/*

Discresionary Bonus Pool Dispribution Analysis
For employees not associate with direct billing 100% of the time
for period ending 6/30/2000

| Employee | Base Salary | Std. Pct. Non-direct | Adjusted Salary | Bonus Proposed | Pct. of Adj. Base | Bonus Approved | Pct. Of Adj. Base |
|---|---|---|---|---|---|---|---|
| Cheryl Brennan | 62,000 | 100.00% | 62,000 | 3,720 | 6.00% | 2,800 | 4.52% |
| Ed Khaliq | 59,300 | 100.00% | 59,300 | 3,558 | 6.00% | 1,779 | 3.00% |
| Jennifer Nagy | 68,100 | 100.00% | 68,100 | 4,086 | 6.00% | 2,043 | 3.00% |
| Chris Confaloni | 89,999 | 100.00% | 89,999 | 5,400 | 6.00% | 4,000 | 4.44% |
| New (PT-1) | | | 0 | 0 | 0.00% | | 0.00% |
| Fran Lombard | 103,500 | 100.00% | 103,500 | 6,210 | 6.00% | 4,500 | 4.35% |
| Rita Absher | 70,000 | 66.67% | 46,669 | 2,800 | 6.00% | 2,814 | 6.03% |
| Jay Belsky | 130,000 | 66.67% | 86,671 | 5,200 | 6.00% | 3,000 | 3.46% |
| Kevin Nolan | 149,800 | 100.00% | 149,800 | 0 | 0.00% | | 0.00% |

*[signature] 5/21/01*

*April 30, 2000*

1999 Bonus Schedule
To be paid in April 2000

| PERSON | BONUS |
|---|---|
| ✓C. Buttiker ✓ | $2,500 ✓ |
| S. Bothe ✓ | $75,000 – see schedule |
| ✓C. Channappa ✓ | $3,000 ✓ |
| ✓C. Confaloni ✓ | $2,500 ✓ |
| ✓B. Cumming ✓ | $2,000 ✓ |
| ✓J. Jagodnik ✓ | $15,000 ✓ |
| ✓E. Kleinrock ✓ | $2,000 ✓ |
| ✓M Ding ✓ | $3,000 ✓ |
| ✓N. McKinney ✓ | $5,000 ✓ |
| ✓J. Nagy ✓ | $3,000 ✓ |
| ✓E. Khaliq ✓ | $1,500 ✓ |
| ✓D. O'Neill ✓ | $1,000 ✓ |
| ✓D. Alberti ✓ | $1,000 ✓ |
| ✓M. Thite ✓ | $3,000 ✓ |
| ✓R. Absher ✓ | $3,000 ✓ |
| ✓D. Trudov ✓ | $4,000 ✓ |
| ✓J. Belsky ✓ | $5,000 ✓ |
| ✓M. Smith ✓ | $5,000 ✓ |
| ✓S. Holmes ✓ | $1,500 ✓ |
| ✓M. Roy ✓ | $25,000 – see schedule |
| F. Grywalski ✓ | $50,000 – see schedule |
| TOTAL | $213,000 |
| R. Ferraro ✓ | 1500 ✓ |

April 30, 2000

1999 Bonus Schedule
To be paid in April 2000

| PERSON | BONUS | |
|---|---|---|
| ✗ ✓ C. Buttiker ✓ | $2,500 ✓ | |
| ✗ S. Bothe ✓ | $75,000 | – see schedule |
| ✗ ✓ C. Channappa ✓ | $3,000 ✓ | |
| ✗ ✓ C. Confaloni ✓ | $2,500 ✓ | |
| ✗ ✓ B. Cumming ✓ | $2,000 ✓ | |
| ✗ ✓ J. Jagodnik ✓ | $15,000 ✓ | |
| ✗ ✓ E. Kleinrock ✓ | $2,000 ✓ | |
| ✗ ✓ M Ding ✓ | $3,000 ✓ | |
| ✗ ✓ N. McKinney ✓ | $5,000 ✓ | |
| ✗ ✓ J. Nagy ✓ | $3,000 ✓ | |
| ✗ ✓ E. Khaliq ✓ | $1,500 ✓ | |
| ✗ ✓ D. O'Neill ✓ | $1,000 ✓ | |
| ✗ ✓ D. Alberti ✓ | $1,000 ✓ | |
| ✗ ✓ M. Thite ✓ | $3,000 ✓ | |
| ✓ R. Absher ✓ | $3,000 ✓ | |
| ✗ ✓ D. Trudov ✓ | $4,000 ✓ | |
| ✗ ✓ J. Belsky ✓ | $5,000 ✓ | |
| ✗ ✓ M. Smith ✓ | $5,000 ✓ | |
| ✗ ✓ S. Holmes ✓ | $1,500 ✓ | |
| ✗ ✓ M. Roy ✓ | $25,000 | – see schedule |
| ✗ F. Grywalski ✓ | $50,000 | – see schedule |
| TOTAL | $ 213,000 | |

R. Ferraro ✓                                                     1500 ✓

## Rosemarie Ferraro

**From:** Kevin Nolan
**Sent:** Tuesday, August 08, 2000 2:43 PM
**To:** Rosemarie Ferraro
**Cc:** Robert Resha
**Subject:** Consultant's Bonuses - 2Q

Please include the following amounts for each in their Aug 15th payroll

| | |
|---|---|
| ✓Chris Anglim | 5,453.91 |
| ✓Sharon Fernandez | 888.65 |
| ✓Cliff Gideon | 2,087.45 |
| ✓Doug Freeland | 6,889.08 |
| ✓Jerry Graydon | 4,274.98 |
| ✓Hong Wong | 3,544.32 |
| ✓Anthony D'Aria | 3,753.54 |
| ✓Jay Belsky | 5,975.69 |
| ✓Cheryl Brennan | 2,800.00 |
| ✓Adnan Khaliq | 1,779.00 |
| ✓Jennifer Nagy | 2,043.00 |
| ✓Chris Confaloni | 4,000.00 |
| ✓Fran Lombard | 4,500.00 |
| ✓Rita Absher | 2,814.00 |

if you have any questions please leave me a voice mail x7026.

Thank you,
Kevin

Absner
6/29/98

## YEAR-END BONUS 1998, PAID 1/29/99

| NAME | DOH | BONUS | Gender | |
|---|---|---|---|---|
| ✓ ALBERTI | 6/3/96 | 500.00 | F | ✓ @ |
| ✓ ALEXANDER | 12/2/96 | 2,500.00 | M | 1/23/99 |
| ✓ BAGAGLIO | 4/13/98 | 500.00 | F | |
| ✓ BELSKY | 2/22/94 | 10,000.00 | M | |
| ✓ BEZVINER | 4/27/98 | 2,000.00 | F | |
| ✓ BUTTIKER | 7/29/96 | 2,000.00 | F | |
| ✓ CAFARO | 2/5/98 | 1,000.00 | M | |
| ✓ CHANNAPPA | 4/20/95 | 2,000.00 | F | |
| ✓ CHEN | 9/30/96 | 1,000.00 | M | |
| ✓ CONFALONI | 10/1/97 | 3,000.00 | M | |
| ✓ CUMMING | 8/23/93 | 1,000.00 | F | |
| ✓ DEARING | 5/1/95 | 5,000.00 | M | |
| ✓ DESIDERIO | 9/2/97 | 1,000.00 | M | |
| ✓ DING | 8/18/97 | 2,000.00 | M | |
| ✓ DOCHTERMANN | 9/15/98 | 500.00 | F | |
| ✓ ELGORT | 5/24/98 | 500.00 | M | |
| ✓ ESCALANTE | 5/27/97 | 5,000.00 | M | |
| ✓ ESKENAZI | 8/10/98 | 7,500.00 | M | |
| ✓ FERRARO | 7/22/96 | 4,000.00 | F | |
| ✓ GRAYDON | 1/13/97 | 2,000.00 | M | |
| ✓ HABEEB | 6/22/98 | 2,000.00 | M | |
| ✓ HUFSCHMIED | 7/20/98 | 1,000.00 | F | |
| ✓ HULFORD | 12/1/97 | 1,000.00 | F | |
| ✓ HUNT | 11/13/97 | 500.00 | M | |
| ✓ IROLLA | 5/17/96 | 500.00 | M | |
| ✓ JAGODNIK | 1/26/98 | 5,000.00 | M | |
| ✓ JANKE | 4/27/98 | 5,000.00 | M | |
| ✓ KHABIBULAN | 3/9/98 | 1,000.00 | M | |
| ✓ KHAN | 4/29/97 | 2,000.00 | M | |
| ✓ KLAWON | 12/1/97 | 2,000.00 | M | |
| ✓ KLEINROCK | 8/30/95 | 3,000.00 | M | |
| ✓ LIANG | 9/2/97 | 1,000.00 | M | |
| ✓ MARTIN | 1/19/98 | 5,000.00 | M | |
| ✓ MCKINNEY | 6/2/97 | 3,000.00 | M | |
| ✓ MELCHER | 7/20/98 | 1,000.00 | M | |
| ✓ MURPHY | 6/15/98 | 500.00 | F | |
| ✓ NAGY | 1/9/96 | 2,000.00 | F | |
| ✓ NATALINO | 4/21/97 | 1,000.00 | F | |
| ✓ NESSLER | 8/21/95 | 1,000.00 | M | |
| ✓ ODICE | 9/15/97 | 500.00 | F | |
| ✓ PERKINS | 5/26/98 | 5,000.00 | M | |
| ✓ POTTER | 6/2/97 | 8,000.00 | F | |
| ✓ REISENBERG | 10/3/96 | 3,000.00 | M | |
| ✓ SHARMA | 5/11/98 | 500.00 | F | |
| ✓ SMITH | 7/13/98 | 4,000.00 | M | |
| ✓ TAYLOR | 12/2/96 | 3,000.00 | M | |
| ✓ TESTO | 8/10/98 | 500.00 | M | |
| ✓ TIRASPOLSKY | 6/22/98 | 500.00 | M | |
| ✓ TRUDOV | 7/15/96 | 5,000.00 | M | |
| ✓ TRUMBORE | 4/2/97 | 500.00 | F | |
| ✓ WATSON | 5/18/98 | 500.00 | F | |
| ✓ WILKRAMANAYA | 1/5/98 | 8,500.00 | M | |

M ✓ 4/10/94 Thie, M PC
F ✓ 6/3/97 Thie, S PC

**130,000.00**

YEAR-END BONUS 1998, PAID 1/29/99

| NAME | DOH | BONUS | Gender | /@ 1/23/99 |
|---|---|---|---|---|
| ✓ ALBERTI | 6/3/96 | 500.00 | F | ✓ |
| ✓ ALEXANDER | 12/2/96 | 2,500.00 | M | |
| ✓ BAGAGLIO | 4/13/98 | 500.00 | (F) | |
| ✓ BELSKY | 2/22/94 | 10,000.00 | M | |
| ✓ BEZVINER | 4/27/98 | 2,000.00 | (F) | |
| ✓ BUTTIKER | 7/29/96 | 2,000.00 | F | |
| ✓ CAFARO | 2/5/95 | 1,000.00 | (M) | |
| ✓ CIANNAPPA | 4/20/95 | 2,000.00 | F | |
| ✓ CHEN | 9/30/96 | 1,000.00 | M | |
| ✓ CONFALONI | 10/1/97 | 3,000.00 | M | |
| ✓ CUMMING | 8/23/93 | 1,000.00 | F | |
| ✓ DEARING | 6/1/95 | 5,000.00 | M | |
| ✓ DESIDERIO | 9/2/97 | 1,000.00 | M | |
| ✓ DING | 8/18/97 | 2,000.00 | M | |
| ✓ DOCHTERMANN | 9/15/98 | 500.00 | (F) ← ? |
| ✓ ELGORT | 8/24/98 | 500.00 | M | |
| ✓ ESCALANTE | 5/27/97 | 5,000.00 | M ? |
| ✓ ESKENANZI | 8/10/98 | 7,500.00 | (M) ? |
| ✓ FERRARO | 7/22/96 | 4,000.00 | F | |
| ✓ GRAYDON | 1/13/97 | 2,000.00 | M | |
| ✓ HABEEB | 6/29/98 | 2,000.00 | (M) ← ? |
| ✓ HUFSCHMIED | 7/20/98 | 1,000.00 | (F) | |
| ✓ HULFORD | 12/1/97 | 1,000.00 | F | |
| ✓ HUNT | 11/3/97 | 500.00 | M ← ? |
| ✓ IROLLA | 8/17/98 | 500.00 | (M) ← ? |
| ✓ JAGODNIK | 1/26/96 | 5,000.00 | M | |
| ✓ JANKE | 4/27/98 | 5,000.00 | (M) | |
| ✓ KHABIBULLIN | 3/9/98 | 1,000.00 | (M) | |
| ✓ KHAN | 4/29/97 | 2,000.00 | M | |
| ✓ KLAWON | 12/1/97 | 2,000.00 | M | |
| ✓ KLEINROCK | 8/30/93 | 3,000.00 | M | |
| ✓ LIANG | 2/24/97 | 1,000.00 | M | |
| ✓ MARTIN | 1/19/98 | 5,000.00 | (M) | |
| ✓ MCKINNEY | 6/30/97 | 3,000.00 | M | |
| ✓ MELCHER | 7/20/98 | 1,000.00 | (M) ? |
| ✓ MURPHY | 6/8/98 | 500.00 | (F) | |
| ✓ NAGY | 1/9/96 | 2,000.00 | F | |
| ✓ NATALINO | 4/21/97 | 1,000.00 | F | |
| ✓ NESSLER | 8/21/95 | 1,000.00 | M | |
| ✓ ODICE | 9/15/97 | 500.00 | F | |
| ✓ PERKINS | 5/26/98 | 5,000.00 | (M) | |
| ✓ POTTER | 6/2/97 | 8,000.00 | F | |
| ✓ REISENBERG | 10/2/95 | 3,000.00 | M | |
| ✓ SHARMA | 5/11/98 | 500.00 | F ? |
| ✓ SMITH | 7/13/98 | 4,000.00 | (M) | |
| ✓ TAYLOR | 12/2/96 | 3,000.00 | M ? |
| ✓ TESTO | 8/10/98 | 500.00 | (M) ? |
| ✓ TIRASPOLSKY | 6/5/98 | 500.00 | F ? |
| ✓ TRUDOV | 7/15/96 | 5,000.00 | M | |
| ✓ TRUMBORE | 9/2/97 | 500.00 | F | |
| ✓ WATSON | 5/13/98 | 500.00 | (F) | |
| ✓ WILKRAMANAYA | 1/5/98 | 8,500.00 | M | |

M ✓ 4/10/98 thru H at ———
F ✓ 5/3/97 thru S at         130,000.00

| 1999 Bonuses | | |
|---|---|---|
| **Name** | **Gender** | **Bonus Amount** |
| ✓ Buttiker, Carol  7000 | F | $2,500 ✓ |
| ✓ Channappa, Chitra  9000 | F | $3,000 ✓ |
| ✓ Nagy, Jennifer  6400 | F | $3,000 ✓ |
| ✓ Ferraro, Rosemarie ✓ | F | $1,500 ✓ |
| ✓ O'Neill, Darlene  2900 | F | $1,000 ✓ |
| ✓ Alberti, Debra  3400 | F | $1,000 ✓ |
| ✓ Absher, Rita ✓ | F | $3,000 ✓ |
| ✓ Cumming, Barbara ✓ | F | $2,000 ✓ |
| ✓ Bothe, Stefan ✓ | M | $75,000 ✓ — |
| ✓ Confaloni, Chris 4300 ✓ | M | $2,500 ✓ |
| ✓ Jagodnik, John  13,500 | M | $15,000 ✓ — |
| ✓ Kleinrock, Elliott ✓ | M | $2,000 ✓ |
| ✓ Ding, Min  4000 | M | $3,000 ✓ |
| ✓ McKinney, Nick  13,500 | M | $5,000 ✓ — |
| ✓ Khaliq, Adnan ✓ | M | $1,500 ✓ |
| ✓ Thite, Mahesh  5000 | M | $3,000 ✓ |
| ✓ Trudov, Dmitry ✓ | M | $4,000 ✓ — |
| ✓ Belsky, Jay ✓ 12,500 | M | $5,000 ✓ — |
| ✓ Smith, Mark ✓ | M | $5,000 ✓ — |
| ✓ Holmes, Scott  3300 | M | $1,500 ✓ |
| ✓ Roy, Matthew | M | $25,000 ✓ — pd throughout yr. |
| ✓ Grywalski, Frank | M | $50,000 ✓ — |
| ✓ Sommers, David ~~~~ | M | $55,000 ✓ — |

Bo.    ↳ 1 yr severance

Frank, Please call me on this

Dmitry
Mark
David

Matthew — need sales (pre-sales)
Pre-sales mgr.