CT/evmhrg (January 10, 2002)

HONORABLE *Fitzsimmons*

DEPUTY CLERK *Kolesnikoff*   RPTR (ERO) TAPE *Baldwin*

TOTAL TIME: ____ hours *35* minutes

DATE *4/29/04*   START TIME *2:40*   END TIME *3:15*

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. *3:02CV171AHN*

*ABSHER*                          §
                                  §          *MICHAEL MELLY*
      vs.                         §             Plaintiffs Counsel
                                  §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
*Flex INTL.*                      §          *MICHAEL LAVELLE*
                                  §             Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☒ *APLA # 58* | Motion *to Compel* | ☐ granted | ☐ denied | ☒ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........  ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | |
|---|---|---|
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |

☐ ........  _____ Hearing continued until _____ at _____