UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA ABSHER                     :
                                :
          Plaintiff,            :
                                :
v.                              :   CIV. NO. 3:02cv171 (AHN)
                                :
                                :
                                :
FLEXI INTERNATIONAL SOFTWARE    :
                                :
          Defendant.            :

SCHEDULING ORDER

On April 29, 2004, the court heard oral argument on plaintiff's motion to compel [doc # 58]. After hearing from counsel, the court ordered the following.

The discovery deadline is extended until June 14, 2004.

The court will review <u>in camera</u> the documents at issue in plaintiff's motion. When the court is prepared to rule on the motion, the court will conduct a telephone conference to discuss scheduling the case for trial.

SO ORDERED at Bridgeport this 12 day of May 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE