FILED

2004 MAY 17 P 1:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | CIVIL ACTION NO. |
| | : | 3:02 CV171 (AHN) |
|     PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| FLEXIINTERNATIONAL SOFTWARE, | : | |
| INC. AND JAY BELSKY | : | |
|     DEFENDANTS | : | MAY 14, 2004 |

### MOTION TO COMPEL DISCOVERY

Plaintiff, Rita Absher, requests that the court order the defendant to respond to plaintiff's Request for Production dated December 12, 2003.

                                                  Plaintiff,
                                                Rita Absher

BY _____
        Michael J. Melly
        Fed. Bar No. 17841
        Bartinik, Gianacoplos, Bartinik,
        Bartinik & Grater, P.C.
        100 Fort Hill Road
        Groton, CT 06340
        (860) 445-8521
        (860) 445-5873 facsimile

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 5/15/04 to:
Michael LaVelle
Pullman & Comley
850 Main Street
Bridgeport, CT 06604

_____
Michael J. Melly