FILED

2004 MAY 17 P 1:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RITA ABSHER | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02 CV171 (AHN) |
| V. | : | |
| FLEXIINTERNATIONAL SOFTWARE, | : | |
| INC. AND JAY BELSKY | : | |
| DEFENDANTS | : | MAY 14, 2004 |

### NOTICE OF EXHIBITS

Plaintiff, Rita Absher, hereby gives notice that she has attached the following exhibit to her Memorandum In support of Motion to Compel dated may 14, 2004.

1. Defendant's Responses and Objections to Request for Production dated January 13, 2004.

Plaintiff,
Rita Absher

BY _____
Michael J. Melly
Fed. Bar No. 17841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
(860) 445-8521
(860) 445-5873 facsimile

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 5/15/04 to:
Michael LaVelle
Pullman & Comley
850 Main Street
Bridgeport, CT 06604

                                                Michael J. Melly