FILED
2004 MAY 21 P 12 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>                PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE, INC. AND JAY BELSKY,<br><br>                DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br><br><br><br>May 20, 2004 |

### MOTION FOR SUPPLEMENTAL ORDER FOR MENTAL EXAMINATION OF PLAINTIFF

By a motion dated July 17, 2003, the Defendants moved for a mental examination of the Plaintiff pursuant to Rule 35 of the Federal Rules of Civil Procedure. This motion was granted by Order of the Court on August 12, 2003 (copy attached).

The initial motion specified a physician and a place for the examination, but did not specify a time. For various reasons, including change of counsel by the Defendants and a settlement conference before a judge magistrate, the parties did not arrange a date for the examination.

Subsequent to the judge magistrate's conference, which did not result in

settlement, Defendants' counsel wrote a letter to Plaintiff's counsel dated April 14, 2004 (copy attached), offering a series of available dates for the scheduling of the examination. Knowing that the Plaintiff now resides in Mexico, Defendants' counsel intended to allow the Plaintiff to schedule the examination at her convenience. However, to the date of this Motion, the Plaintiff has not responded to the request.

Therefore, the Defendants have arranged for an appointment with Dr. Borden on July 23, 2004 at 9:30 a.m. at his offices at 10 North Main Street, Suite 307, West Hartford, Connecticut and move for a supplemental order for the mental examination to be conducted on this date.

                                                **THE DEFENDANTS,**
                                                **FlexiInternational Software, Inc. and Jay Belsky**

By: _____
      Michael N. LaVelle (CT 06170)
      Pullman & Comley, LLC
      850 Main Street
      Bridgeport, CT 06604
      Telephone: (203) 330-2112
      Facsimile:  (203) 330-2288

### CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on May 20, 2004 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT  06340
(860) 445-8521
(860) 445-5873 facsimile

_____
Michael N. LaVelle

BPRT/69369.1/MNL/517518v1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 3:02CV171 (AHN) |
| | ) |
| FLEXI INTERNATIONAL SOFTWARE | ) |
| AND JAY BELSKY, | ) |
| | ) |
| Defendants. | ) July 17, 2003 |

**DEFENDANTS' MOTION FOR MENTAL EXAMINATION OF PLAINTIFF**

Pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, Defendants Flexi International Software, Inc. and Jay Belsky ("Defendants") hereby move the Court to order the Plaintiff, Rita Absher, to submit to a mental examination. Defendants have good cause to make this motion because in Plaintiff's Complaint, Plaintiff has placed her own mental condition "in controversy" by claiming compensatory damages under 42 U.S.C. § 2000e et seq. in the form of compensation for "emotional and psycholigical stress, distress and anxiety" and "loss of the ability to enjoy life's pleasures and activities."

The requested mental examination will be conducted by Walter A. Borden, M.D., a suitably licensed examiner within the meaning of Rule 35. The examination will be conducted at Dr. Borden's offices which are located at 10 North Main Street, Suite 307, West Hartford, Connecticut. The scope of the examination will be limited to any mental and emotional suffering

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

COPY

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
GEOFFREY F. FAY
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
WILLIAM O'C. HARNISCH
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LAPERA
MICHAEL N. LAVELLE
JOSEPH M. LODATO
MATTHEW P. LUNDY
LISA A. MAGLIOCHETTI
STEPHEN MARCOVICH
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
TIMOTHY G. RONAN
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
DIANE W. WHITNEY
MARJORIE WILDER

SAMUEL A. GILLILAND
(1930-1994)

LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN
AMY A. D'ADDETTA
JARON C. DAVIS
JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
LEE D. HOFFMAN
TRACY WHEELER LENNON
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
JACLYN C. PETROZELLI
GERALD C. PIA, JR.
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
AMANDA BALOG SANDERS
JESSICA A. SLIPPEN
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:    Bridgeport
Telephone:    (203) 330-2112
E-mail:    mlavelle@pullcom.com

April 14, 2004

Michael J. Melly, Esq.
143 Oneco Avenue, No. 4
New London, CT 06320

    Re:    Rita Absher v. FlexiInternational Software, Inc., et al
           Plaintiff's Mental Examination

Dear Mike:

As you know, on August 12, 2003, the court granted the Defendants' Motion for Mental Examination of Plaintiff. As stated in the motion, the mental examination will be conducted by Walter A. Borden, M.D., 10 North Main Street, suite 307, West Hartford, Connecticut.

We have been informed by Dr. Borden's office that he would be able to schedule an examination for any day in the week commencing June 7, 2004, and for any day in the month of July, 2004.

This should give your client plenty of time to choose a convenient date. Obviously, the sooner your client responds, the better will be her opportunity to have the date of her choice.

I look forward to hearing from you at your earliest convenience.

                      Sincerely,

                      Michael N. LaVelle

MNL/pm

BPRT/69369.1/MNL/513555v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
300 ATLANTIC STREET  STAMFORD, CT 06901-3522  (203) 324-5000  FAX (203) 363-8659
253 POST ROAD WEST  P.O. BOX 3180  WESTPORT, CT 06880-8180  (203) 254-5000  FAX (203) 254-5070
www.pullcom.com