UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER<br>    PLAINTIFF | CIVIL ACTION NO.<br>3:02 CV171 (AHN) |
| V. | |
| FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY<br>    DEFENDANTS | JUNE 14, 2004 |

## MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY

Pursuant to Rule 6(b), and Local Rule 9(b) the plaintiff, Rita Absher, respectfully requests that the Court grant her a forty-five (45) day Enlargement of Time from June 4, 2004 through July 29, 2004, within which to complete discovery. This is the fifth request for an enlargement of this nature on this matter. Opposing counsel consents to this motion.

### I.   Procedural Background

The plaintiff, Rita Absher, was terminated from the defendant, FlexiInternational Software, Inc. and the plaintiff claims that her termination was related to complaints of sexual harassment against defendant, Jay Belsky. The defendant denies the allegations. The discovery period has previously been enlarged to June 14, 2004.

### II.   Reasons For Enlargement of Time

The parties have conducted substantial discovery, including requests for interrogatories and production and depositions. On April 14, 2004 defendant provided supplemental responses to plaintiff's discovery requests. Through recent depositions and

discovery provided, the plaintiff is yet without valuable information that has been duly requested.

A motion to compel is currently pending before the Court (Magistrate Fitzsimmons) regarding layoffs, terminations, e-mail and correspondence, permanent and temporary workers and contractors and FlexiInternational clients and their employees working on various FlexiInternational clients.[1]

The plaintiff has recently deposed former employees of FlexiInternational, Kevin Nolan on June 12, 2004 and Rosemary Ferraro on June 11, 2004. Plaintiff also recently deposed FlexiInternational director of client services Cheryl Brennan on June 10, 2004. Plaintiff is in the process of completing the details for the continued deposition of the defendant, Jay Belsky.

Plaintiff has made good faith efforts to obtain information in which Rule 30(b)(6) witness, Stefan Bothe, and Rosemary Ferraro, former human resources director, did not have knowledge.

Plaintiff's counsel is concerned that, should the discovery period expire, she would be unable to seek redress for responses further ordered by the court regarding the motions to compel. In the past counsel for the plaintiff has [in other cases] been left powerless to address inadequate responses received after the close of discovery.

---

1. Motion to Compel dated May 14, 2004.

Further, through recent discovery, plaintiff has learned of the existence of information and materials which exist. This information is relevant to plaintiff's previous requests regarding layoffs, new hires, bonus', stock options, affirmative action and EEOC filings, Warn Act information, harassment training and other claims against the defendant. Counsel for both parties are in agreement with this enlargement of time.

THE PLAINTIFF

By _____
Michael J. Melly, ct417841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
860 445 8521

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2004, I served a copy of the foregoing Motion for Extension of Time, by first class mail to the following attorney(s) of record:

Michael LaVelle, Esq.
Pullman & Comley
850 Main Street
Bridgeport, CT 06604

_____
Michael J. Melly