

#73

6/21/2004 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

FILED
2004 JUN 21 A 10: 26
U.S. DISTRICT COURT
BRIDGEPORT, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER | CIVIL ACTION NO. |
| PLAINTIFF | 3:02 CV171 (AHN) |
| V. | |
| FLEXIINTERNATIONAL SOFTWARE, INC. AND JAY BELSKY | |
| DEFENDANTS | JUNE 14, 2004 |

### MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY

Pursuant to Rule 6(b), and Local Rule 9(b) the plaintiff, Rita Absher, respectfully requests that the Court grant her a forty-five (45) day Enlargement of Time from June 4, 2004 through July 29, 2004, within which to complete discovery. This is the fifth request for an enlargement of this nature on this matter. Opposing counsel consents to this motion.

**I.   Procedural Background**

The plaintiff, Rita Absher, was terminated from the defendant, FlexiInternational Software, Inc. and the plaintiff claims that her termination was related to complaints of sexual harassment against defendant, Jay Belsky. The defendant denies the allegations. The discovery period has previously been enlarged to June 14, 2004.

**II.   Reasons For Enlargement of Time**

The parties have conducted substantial discovery, including requests for interrogatories and production and depositions. On April 14, 2004 defendant provided supplemental responses to plaintiff's discovery requests. Through recent depositions and