UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 18 A 9:30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

RITA ABSHER           :

    v.                :   CASE NO 3:02CV171(AHN)

FLEXI INTERNATIONAL SOFTWARE,
INC., ET AL.          :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Holly B. Fitzsimmons</u> for the following purposes:

___ All purposes INCLUDING trial so long as the parties consent to trial before the magistrate judge (orefcs.). <u>Note</u>: Consent has been filed.

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv).

_X_ A ruling on the following motions which are currently pending (orefm.): **Doc. 68: Motion to Compel Discovery; Doc. 71: Motion For Supplemental Order For Mental Examination of Plaintiff; Doc. 69/70: Defendant's Motion to Compel & Response to Plaintiff's Objections to Interrogatories.**

___ A settlement conference (orefmisc./cnf).

___ A conference to discuss the following (orefmisc./cnf):

___ Other (orefmisc./misc):

SO ORDERED this 16th day of June, 2004, at Bridgeport, Connecticut.

                                Alan H. Nevas
                       United States District Judge