UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>                    PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>                    DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br><br><br><br>August 27, 2004 |

### DEFENDANT'S MOTION TO COMPEL DISCOVERY

The Defendant FlexiInternational Software, Inc. moves pursuant to Rule 37 of the Federal Rules of Civil Procedure for the Court to issue an order compelling responses to its Second Set of Interrogatories dated July 3, 2003 and its Third Set of Interrogatories dated April 13, 2004 with respect to the Plaintiff's work and earnings in Mexico. Further, in the absence of compliance, the Defendant seeks a sanction pursuant to Rule 37(c)(1) that the Plaintiff not be permitted to introduce evidence at trial of claims of economic damages based upon lost earnings.

The Defendant files a memorandum of law and certification in support of this motion to compel.

THE DEFENDANTS,
**FlexiInternational Software, Inc.**

By: _____
Michael N. LaVelle (CT 06170)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Telephone: (203) 330-2112
Facsimile: (203) 330-2288

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on August 27, 2004 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT  06340
(860) 445-8521
(860) 445-5873 facsimile

_____
Michael N. LaVelle

BPRT/69369.1/MNL/528831v1