UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>        PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE, INC. AND JAY BELSKY,<br><br>        DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br><br><br>September 8, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants FlexiInternational Software, Inc. and Jay Belsky move for summary judgment on all counts of the Amended Complaint dated May 6, 2003. Submitted in support of this motion is a memorandum of law, the affidavit of Stefan R. Bothe, exhibits to Mr. Bothe's affidavit from business records of the Defendant FlexiInternational, the affidavit of Cheryl Brennan and excerpts from the depositions of Rita Absher and Kevin Nolan.

THE DEFENDANTS,
FlexiInternational Software, Inc. and
Jay Belsky

By: _____/s/ Michael N. LaVelle_____
Michael N. LaVelle (CT 06170)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Telephone: (203) 330-2112
Facsimile: (203) 330-2288

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on September 8, 2004 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Road
Groton, CT 06340
(860) 445-8521
(860) 445-5873 facsimile

_____/s/ Michael N. LaVelle_____
Michael N. LaVelle

BPRT/69369.1/MNL/517822v1