UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>　　　　　　PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>　　　　　　DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br><br><br>, 2004 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1.　　I, Stefan R. Bothe, am the president and chief executive officer and a founder of FlexiInternational Software, Inc. ("Flexi"). I make this affidavit of my own personal knowledge in support of the motion for summary judgment filed by the Defendants in this action.

2.　　Flexi provides financial software and services. In 1998, when Rita Absher was hired, Flexi had over 300 client sites worldwide and over 200 employees.

3.　　Business concerns over the Y2K conversion had a severe impact on the entire enterprise application software market, especially Flexi's business in the accounting software market. Flexi's total revenues of approximately $24 million in 1998

fell to approximately $9.5 million in 2001, and active employees at the end of 2001 were only about 50.

4.   Rita Absher was hired by Flexi in June, 1998 and was terminated from employment effective April 30, 2001. At the time of her hire, Ms. Absher completed an application for employment (Exhibit 1 to this Affidavit) and signed a letter of hire on June 5, 1998 (Ex. 2).

5.   Ms. Absher's starting salary was $65,000.00 annually. In 1999, her salary was increased to $67,500.00. In 2000, her salary was increased to $70,000.00. In 2001, her salary was increased to $74,000.00.

6.   Although Ms. Absher's letter of hire indicates her eligibility to receive a bonus based upon both individual and company performance, it is not typical for Flexi to pay a bonus to an employee who has worked less than one year. Ms. Absher received a bonus of $3,000.00 for her work in 1999, which was paid in April, 2000. In August, 2000, she received a further payment of $2,814.00 as a discretionary bonus.

7.   Fifty-three Flexi employees received bonuses in 1999. Fifteen of the employees receiving bonuses were female.

8.   Ms. Absher was also eligible to participate in the Flexi incentive stock option plan. Ms. Absher received a grant of 945 stock options in 1999. (Ex. 3). Ms. Absher received a further grant of 555 stock in 2001. Options were granted pursuant to

a written agreement entitled the Flexi Incentive Stock Option Agreement (Ex. 4).

9. Of the 117 employees who received grants of stock options in 1999, forty-three were women, including Ms. Absher. In 1998, thirty-eight female employees of Flexi received stock option grants.

10. By 2001, Ms. Absher's workload had declined, and was limited primarily to her work as liaison for the Flexi account with Norwest Financial, also known as Wells Fargo. Ms. Absher's time sheets for her work with Wells Fargo (Ex. 5) show that by the first quarter of 2001, her workload was minimal.

11. In 2001, there were only two other employees at Flexi with positions similar to Ms. Absher's, Cheryl Brennan and Cliff Gideon. After Ms. Absher's termination, Ms. Brennan and Mr. Gideon continued her few remaining duties

12. On Thursday, April 5, 2001, a series of events began which culminated in Ms. Absher's termination from employment. The effective recommendation for her termination was made by Kevin Nolan, who at that time was vice president of client services and Ms. Absher's manager. Mr. Nolan recorded these events in a contemporaneous memorandum which was maintained as a business record by Flexi (Ex. 6). Mr. Nolan is no longer employed by Flexi.

13. It is my understanding that Mr. Nolan intended to re-arrange office space in Flexi's office in Shelton, Connecticut so as to have sales personnel, who are

frequently involved in telephoning, in their own offices. Although Flexi has assigned both men and women to cubicles, Ms. Absher was not assigned to a cubicle. Mr. Nolan believed that both Ms. Absher and Ms. Brennan, who were each occupying a two-person interior office, should share a two-person office to accommodate the new sales needs, especially as Ms. Brennan worked only three days per week. Mr. Nolan therefore arranged a conference on April 5 to discuss the reorganization. According to Mr. Nolan, Ms. Absher reacted in an unprofessional, volatile and abusive way, (Ex. 6) and walked out of the conference.

14. On Monday, April 9, 2001, Ms. Absher sent an apology to Adrian Marchi, Flexi's vice president of sales and customer service and one of the participants in the conference, and to Frank Grywalski, at that time the president of Flexi. This apology was recorded in the Flexi e-mail system (Ex. 7).

15. It is my understanding that on April 6, 2001, Mr. Nolan and Ms. Absher had a long discussion about her conduct of the previous day and about her future with Flexi (Ex. 6). Later on April 6, 2001, Ms. Absher discussed her concerns about offensive conduct on the part of Jay Belsky, another employee at Flexi, with Mr. Nolan and with Flexi's human resources manager, Rosemarie Ferraro. It is my understanding that the following week, Ms. Absher requested to take time off from Flexi, which would mean that she would not participate as scheduled in a client event known as Flexi User

Day. (Ex. 6).

16. It is my understanding that Ms. Absher also spoke to Rosemarie Ferraro about her complaints about the conduct of Jay Belsky on Thursday, April 5, 2001. Ms. Ferraro recorded her various discussions with Ms. Absher and Mr. Belsky in a contemporaneous memorandum, which was maintained by Flexi as a business record (Ex. 8). Ms. Ferraro is no longer employed by Flexi.

17. On Monday, April 9, 2001, Ms. Absher delivered to Rosemarie Ferraro a written statement concerning her complaints about Mr. Belsky (Ex. 9).

18. It is my understanding that on Monday, April 9, 2001, both Rosemarie Ferraro and Frank Grywalski spoke to Jay Belsky about Ms. Absher's complaints concerning his conduct with fellow employees. Both Ms. Ferraro and Mr. Grywalski warned Mr. Belsky that conduct offensive to other employees must cease immediately. Mr. Grywalski told Mr. Belsky that if this conduct continued, it could result in his termination. Ms. Ferraro reported Mr. Belsky's warning to Ms. Absher and advised Ms. Absher to contact her immediately if there were any other incidents (Ex. 8).

19. In his memorandum, Mr. Nolan recorded that Ms. Absher had at first confirmed her participation in the upcoming Flexi User Day. Later, Ms. Absher requested time off for two weeks in order to travel to Mexico, where her fiancé operated a charter boat business known as Albatros Charters. Mr. Nolan and Ms. Ferraro

attempted to communicate to Ms. Absher in Mexico about the tasks she was to perform with respect to Flexi User Day. The Flexi e-mail system recorded a series of messages showing that these attempts at communication were unsuccessful (Ex. 10). Mr. Nolan also made a memorandum of his attempts to communicate with Ms. Absher (Ex. 6).

20. Flexi ultimately canceled Flexi User Day because there was not time to properly organize it. We later learned that many clients had not been informed of the scheduling of Flexi User Day, and a few clients who had been informed, of which we were not aware, appeared for the event only to find that it was cancelled. The failure of Flexi User Day was detrimental to Flexi's relationship with its clients.

21. Mr. Nolan's memorandum records that Ms. Absher was expected to return from her trip to Mexico on Tuesday, April 24, 2001. She did not appear and Rosemarie Ferraro attempted to contact her without success. Ms. Absher eventually reported to Flexi at around 11:00 a.m. on April 25, 2001 (Ex. 6).

22. Mr. Nolan had prepared a memorandum on April 19, 2001 as to what he believed were Ms. Absher's shortcomings (Ex. 11). This memorandum summarizes the reasons why Ms. Absher's termination from employment was an appropriate course of action, considering that the revenue for Mr. Nolan's department had declined in the first quarter of 2001, and in 2001 Mr. Nolan made three layoffs and accepted a resignation without hiring replacement in addition to the layoff of Ms. Absher. The primary concern

was a lack of productive work for Ms. Absher to perform.

23.   Subsequent to the termination of Ms. Absher, Flexi received service of the complaint filed by Ms. Absher with the Connecticut Commission on Human Rights and Opportunities.  Ms. Absher's affidavit of illegal discriminatory practice indicates a filing date with the Commission of May 2, 2001 (Ex. 12).

_____
Stefan R. Bothe

Subscribed and sworn to before me this 31st day of August, 2004.

_____
Notary Public

BONNIE SEASTRAND
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2006

BPRT/69369.1/MNL/517813v1