2004 SEP 20 P 1: 42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | CIVIL ACTION NO. |
|    PLAINTIFF | : | 3:02 CV171 (AHN) |
| | : | |
| V. | : | |
| | : | |
| FLEXIINTERNATIONAL SOFTWARE, | : | |
| INC. AND JAY BELSKY | : | |
|    DEFENDANTS | : | SEPTEMBER 17, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO COMPEL DISCOVERY**

Pursuant to Rule 6(b), and Local Rule 9(b) the plaintiff, Rita Absher, respectfully requests that the Court grant a 14 day enlargement of time within which to respond to defendant's motion to compel discovery. This is the first request for an enlargement of time in this matter. Opposing counsel consents to this motion.

**I.    Procedural Background**

The plaintiff, Rita Absher, was terminated from the defendant, FlexiInternational Software, Inc. and the plaintiff claims that her termination was related to complaints of sexual harassment against defendant, Jay Belsky.

**II.   Reasons For Enlargement of Time**

The parties have conducted substantial discovery, including requests for

interrogatories and production and depositions. Discovery is complete in this matter. Plaintiff, however, has been preparing responses to requests of the defendant. These responses are nearing completion.

THE PLAINTIFF

By _____
Michael J. Melly, ct 17841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
860 445 8521

## CERTIFICATE OF SERVICE

I hereby certify that on this 9/18/04, I served a copy of the foregoing Motion for Extension of Time, by first class mail to the following attorney(s) of record:

Michael LaVelle, Esq.
Pullman & Comley
850 Main Street
Bridgeport, CT 06604

_____
Michael J. Melly