UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 27  P 2:09

RITA ABSHER,
:
    Plaintiff,
:
v.
: CIV. NO. 3:02cv171 (AHN)
:
FLEXIINTERNATIONAL SOFTWARE,
INC. AND JAY BELSKY
:
    Defendants.
:

### RULING

Plaintiff moves to compel the production of affidavits of certain Flexi employees [doc. # 58]. In its July 21, 2004 ruling, the court reserved on this issue, and ordered defendants to submit, within 10 days of the docketing of the ruling, an ex parte letter identifying any specific portions of the affidavits they believe reveal Attorney Wice's thought processes, conclusions, opinions, or legal theories, and how they do so [doc. # 79].

Defendants did not respond. Therefore, plaintiff's motion to compel [**doc # 58**] is **granted**. Defendants shall disclose the affidavits within 10 days of the docketing of this ruling.

This is not a recommended ruling. This is a discovery ruling which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636 (b)(1)(A); Fed. R.

1

Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

    SO ORDERED at Bridgeport this 23 day of September 2004.

                                           HOLLY B. FITZSIMMONS
                                           UNITED STATES MAGISTRATE JUDGE