UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02 CV171 (AHN) |
| | : | |
| V. | : | |
| | : | |
| FLEXIINTERNATIONAL SOFTWARE, | : | |
| INC. AND JAY BELSKY | : | |
| DEFENDANTS | : | SEPTEMBER 28, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b), and Local Rule 7(b) the plaintiff, Rita Absher, respectfully requests that the Court grant a 21 day enlargement of time to October 20, 2004 within which to respond to defendant's motion for summary judgment which was filed on September 8, 2004. This is the first request for an enlargement of time in this matter. Despite efforts counsel is unaware of opposing counsel's position in this matter.

I.  **Procedural Background**

The plaintiff, Rita Absher, was terminated from the defendant, FlexiInternational Software, Inc. and the plaintiff claims that her termination was related to complaints of sexual harassment against defendant, Jay Belsky. Defendant filed a Motion for summary Judgment on September 8, 2004.

**II.**    **Reasons For Enlargement of Time**

Counsel for the plaintiff has recently been busy on legal work involving other maters, including:

<u>Dashiel v. Prudential Insurance Company of America</u>, 3:02 cv 01231 (CFD) [Memorandum in Opposition to Motion for Summary Judgment]; <u>Richard Hamilton v. AMTRAK</u>, [union grievance hearing]; <u>Joann Gossett, Administratrix v. General Motors Corporation</u>, CV 03 08342 [Memorandum in Opposition to Motion to Implead]; <u>Telerent Leasing v. Morgan Inn LLC</u>, [Motion for Summary Judgment]; <u>Roy v. Waterford Hotel Group</u>, [CHRO complaint]

3.    This case is extremely complicated and plaintiff's response involves the testimony of multiple witnesses.

THE PLAINTIFF
RITA ABSHER

By _____
Michael J. Melly, ct417841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Tel: (860) 445-8521
Fax: (860) 445-5873

## CERTIFICATE OF SERVICE

I hereby certify that on this 9/28/04, I served a copy of the foregoing Motion for Extension of Time, by first class mail to the following attorney(s) of record:

Michael LaVelle, Esq.
Timothy Ronan, Esq.
Pullman & Comley
850 Main Street
Bridgeport, CT 06604

_____
Michael J. Melly