UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02 CV171 (AHN) |
| | : | |
| V. | : | |
| | : | |
| FLEXIINTERNATIONAL SOFTWARE, | : | |
| INC. AND JAY BELSKY | : | |
| DEFENDANTS | : | SEPTEMBER 28, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b), and Local Rule 7(b) the plaintiff, Rita Absher, respectfully requests that the Court grant a 21 day enlargement of time to October 20, 2004 within which to respond to defendant's motion for summary judgment which was filed on September 8, 2004. This is the first request for an enlargement of time in this matter. Despite efforts counsel is unaware of opposing counsel's position in this matter.

I.  **Procedural Background**

The plaintiff, Rita Absher, was terminated from the defendant, FlexiInternational Software, Inc. and the plaintiff claims that her termination was related to complaints of sexual harassment against defendant, Jay Belsky. Defendant filed a Motion for summary Judgment on September 8, 2004.

10/05/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.