

FILED

2004 OCT 20 P 12: 02

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | CIVIL ACTION NO. |
|     PLAINTIFF | : | 3:02 CV171 (AHN) |
| | : | |
| V. | : | |
| | : | |
| FLEXIINTERNATIONAL SOFTWARE, | : | |
| INC. AND JAY BELSKY | : | |
|     DEFENDANTS | : | OCTOBER 19, 2004 |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b), and Local Rule 7(b) the plaintiff, Rita Absher, respectfully requests that the Court grant a 21 day enlargement of time to November 10, 2004 within which to respond to defendant's motion for summary judgment which was filed on September 8, 2004. This is the second request for an enlargement of time in this matter. Despite efforts counsel is unaware of opposing counsel's position in this matter.

**I.**  **Procedural Background**

The plaintiff, Rita Absher, was terminated from the defendant, FlexiInternational Software, Inc. and the plaintiff claims that her termination was related to complaints of sexual harassment against defendant, Jay Belsky. Defendant filed a Motion for summary Judgment on September 8, 2004.

## II.  Reasons For Enlargement of Time

Counsel for the plaintiff has recently been busy on legal work involving other maters, including:

Dashiel v. Prudential Insurance Company of America, 3:02 cv 01231 (CFD) [Memorandum in Opposition to Motion for Summary Judgment]; Richards v. Computer Sciences Corporation, 3:03 cv0630 (DJS); Roy v. Waterford Hotel Group, [CHRO complaint]; Specifically, in the Richards case counsel for the plaintiff has been required to spend substantial time since the matter was certified as a class action by the court on September 28, 2004.

3. This case is extremely complicated and plaintiff's response involves the testimony of multiple witnesses.

                                    THE PLAINTIFF
                                    RITA ABSHER

                                    By_____
                                    Michael J. Melly, ct417841
                                    Bartinik, Gianacoplos, Bartinik,
                                    Bartinik & Grater, P.C.
                                    100 Fort Hill Rd.
                                    Groton, CT 06340
                                    Tel: (860) 445-8521
                                    Fax: (860) 445-5873

## CERTIFICATE OF SERVICE

I hereby certify that on this 10/19/04 I served a copy of the foregoing Motion for Extension of Time, by first class mail to the following attorney(s) of record:

Michael LaVelle, Esq.
Timothy Ronan, Esq.
Pullman & Comley
850 Main Street
Bridgeport, CT 06604

_____
Michael J. Melly