FILED

2004 DEC -8  P 12: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02 CV171 (AHN) |
| | : | |
| V. | : | |
| | : | |
| FLEXIINTERNATIONAL SOFTWARE, | : | |
| INC. AND JAY BELSKY | : | |
| DEFENDANTS | : | DECEMBER 6, 2004 |

## MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b), and Local Rule 7(b) the plaintiff, Rita Absher, respectfully requests that the Court grant a 21 day enlargement of time to December 21, 2004 within which to respond to defendant's motion for summary judgment which was filed on September 8, 2004. This is the fourth request for an enlargement of time in this matter. Counsel for the defendant agrees with the requested enlargement of time.

### I.  Procedural Background

The plaintiff, Rita Absher, was terminated from the defendant, FlexiInternational Software, Inc. and the plaintiff claims that her termination was related to complaints of sexual harassment against defendant, Jay Belsky. Defendant filed a Motion for summary Judgment on September 8, 2004.

## II.   Reasons For Enlargement of Time

Counsel for the plaintiff has recently been busy on legal work involving other maters, including: <u>Dashiel v. Prudential Insurance Company of America</u>, 3:02 cv 01231 (CFD) [Memorandum in Opposition to Motion for Summary Judgment]; <u>Richards v. Computer Sciences Corporation</u>, 3:03 cv0630 (DJS); <u>Rebecca Roy v. Waterford Hotel Group</u>, [CHRO]; Specifically, in the <u>Richards</u> case counsel for the plaintiff has been required to spend substantial time since the matter was certified as a class action by the court on September 28, 2004. Further, the plaintiff in this action resides in Mexico, making communications and mailings difficult.

3.   This case is extremely complicated and plaintiff's response involves the testimony of multiple witnesses.

                                        THE PLAINTIFF
                                        RITA ABSHER

By_____
     Michael J. Melly, ct417841
     Bartinik, Gianacoplos, Bartinik,
     Bartinik & Grater, P.C.
     100 Fort Hill Rd.
     Groton, CT 06340
     Tel: (860) 445-8521
     Fax: (860) 445-5873

## CERTIFICATE OF SERVICE

I hereby certify that on 12/06/04 I served a copy of the foregoing Motion for Extension of Time, by first class mail to the following attorney(s) of record:

Michael LaVelle, Esq.
Timothy Ronan, Esq.
Pullman & Comley
850 Main Street
Bridgeport, CT 06604

_____
Michael J. Melly