UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

RITA ABSHER

   PLAINTIFF,

v.

FLEXI INTERNATIONAL
SOFTWARE, INC. AND JAY BELSKY

   DEFENDANTS

CIVIL ACTION NO.
3:02 CV171(AHN)

2004 DEC 21 A 11:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DECEMBER 20, 2004

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Rita Absher, requests an enlargement the time to January 31, 2005 in which to file a memorandum in opposition to motion for summary judgment. This is the third request for enlargement of time in this matter.

### Procedural

The plaintiff's employment with the defendant company was terminated. Plaintiff claims that her termination was related to complaints of sexual harassment against the defendant, Jay Belsky. The defendant denies the allegations. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The court has previously enlarged the time to file a responsive memorandum to December 21, 2004.

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on 12/20/04 to:

Timothy Ronan
Michael LaVelle
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

_____
Michael J. Melly

**Reasons For Requested Enlargement**

Counsel for the plaintiff has spent considerable time recently in the the matters: Richards v. Computer Sciences Corporation No. 3:03 cv 630 (DJS). Richards is a class action claiming FLSA violations. There have been considerable discovery and motion practice recently, expending a substantial amount of counsel's time; Dashiel v. Prudential Insurance Company, No. 3:02 cv 01231 (CFD)(memorandum in opposition to motion for summary judgment)

Further, counsel for the plaintiff has recently joined a new law firm (Mullins & Michaud LLC). The move to the new firm required substantial time, thereby preventing counsel from performing certain necessary tasks relative to the memorandum.

Counsel for the plaintiff has been unable to ascertain the position of opposing counsel relative to this motion.

Plaintiff
Rita Absher

By _____
Michael J. Melly
Fed. Bar No. 17841
Mullins & Michaud LLC
682 Prospect Avenue
Hartford, CT 06105
Tel: 860 231-7000
Fax: 860 231-8400