**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RITA ABSHER,<br><br>       PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>       DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br><br><br>December 22, 2004 |

**DEFENDANTS' OBJECTION TO MOTION
FOR ENLARGEMENT OF TIME**

The Defendants FlexiInternational Software, Inc. and Jay Belsky hereby object to the Plaintiff's motion dated December 20, 2004 for enlargement of time to file a memorandum in opposition to the Defendants' motion for summary judgment.

The motion for summary judgment was filed on September 8, 2004. Although the motion for enlargement of time represents that it is the third request for an extension of time, it is actually the fifth request. The Plaintiff's earlier motions were dated September 28, 2004, October 19, 2004, November 8, 2004 and December 6, 2004.

The Plaintiff has already had three months in which to respond the motion, and the requested extension of time will give the Plaintiff nearly five months.

The undersigned counsel has been readily available for contact by telephone or e-mail, but was never asked for his position on this fifth request for extension of time.

Moreover, the Plaintiff has never responded to the Defendant FlexiInternational's second set of interrogatories dated July 3, 2003 or its third set of interrogatories dated April 13, 2004, posing questions with respect to the Plaintiff's work and earnings in Mexico. On December 15, 2004, the court granted the Defendant's motion to compel discovery, which included a request pursuant to Federal Rule 37(c)(1) that Plaintiff not be permitted to introduce evidence at trial of claims of economic damages based upon lost earnings. Since the court granted the motion to compel discovery, and since no discovery has been made, the Defendants presume that the Plaintiff is now precluded from claims of economic damages.

It is obvious that the Defendants did not wish to be sued in the first place, but with suit having been filed, and discovery complete, the Defendants have challenged the Plaintiff through their motion for summary judgment to produce proof of the accusations she has made. A motion for summary judgment places a burden upon a plaintiff to identify material facts that could support her claims. In the present case, it is

long past time for this plaintiff to do so.  If she cannot, summary judgment should enter

in favor of the Defendants.

THE DEFENDANTS,
FlexiInternational Software, Inc. and
Jay Belsky

By: _____
          Michael N. LaVelle (CT 06170)
          Pullman & Comley, LLC
          850 Main Street
          Bridgeport, CT  06604
          Telephone:  (203) 330-2112
           Facsimile:   (203) 330-2288

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on December 22, 2004 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
Mullins & Michaud
682 Prospect Avenue
Hartford, CT  06105
Telephone: (860) 231-7000
Facsimile:   (860) 231-8400

_____
Michael N. LaVelle

BPRT/69369.1/MNL/541886v1