UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                    **FILED**

| | |
|---|---|
| **RITA ABSHER** | : |
| | :     2005 JAN 31  P 3: 04 |
| | :     CIVIL ACTION NO. |
| **PLAINTIFF,** | :     3:02 CV171(AHN) |
| | :     U.S. DISTRICT COURT |
| v. | :     BRIDGEPORT, CONN |
| | : |
| **FLEXI INTERNATIONAL** | :     JANUARY 31, 2005 |
| **SOFTWARE, INC. AND JAY BELSKY** | : |
| | : |
| **DEFENDENTS** | : |

### MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Rita Absher, requests an enlargement the time to March 3, 2005 in which to file a memorandum in opposition to motion for summary judgment. This is the fourth request for enlargement of time in this matter.

### Procedural

The plaintiff's employment with the defendant company was terminated. Plaintiff claims that her termination was related to the complaint of sexual harassment against the defendant, Jay Belsky. The defendant denies the allegations. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The court has previously enlarged the time to file a responsive memorandum to January 31, 2004.

### Reasons For Requested Enlargement

Counsel for the plaintiff has spent considerable time recently in the matters: Juan Castro v. Michael Roberts; CV 01 0276243 S (J.D. New Haven At Meriden (Jury selection currently ongoing and trial scheduled for February 15. 2005; Richards v.

Computer Sciences Corporation No. 3:03 cv 630 (DJS). Richards is a class action claiming FLSA violations. Further, counsel for the plaintiff joined a new law firm (Mullins &Michaud, LLC) in December 2004. Since joining the new firm counsel's (Melly) responsibilities including taking over cases for the new form as well. Opposing counsel (Michael Lavelle) does not object to this request.

                              PLAINTIFF
                              RITA ABSHER

BY _____
             Michael J. Melly
             Fed. Bar No. 17841
             Mullins & Michaud, LLC
             682 Prospect Avenue
             Hartford, CT 06105
             Tel: (860) 231-7000
             Fax: (860) 231-8400

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on 1/31/05 to:

Timothy Ronan
Michael LaVelle
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

_____