UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br>March 15, 2005 |

## MOTIONS FOR SANCTIONS

In accordance with Rule 37(a)(2)(A), the Defendants move for an Order of the Court that the fact that the Plaintiff has failed to mitigate her damages be taken as established for the purposes of this action. The Defendant files a Memorandum of Law in support of this Motion for Sanctions.

THE DEFENDANTS,

**FlexiInternational Software, Inc. and
Jay Belsky**

By: _/s/ Michael LaVelle_
Michael N. LaVelle (CT 06170)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Telephone: (203) 330-2112
Facsimile: (203) 330-2288

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on March 15, 2005 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
Mullins & Michaud
682 Prospect Avenue
Hartford, CT 06105
Telephone: (860) 231-7000
Facsimile: (860) 231-8400

_____
Michael N. LaVelle

BPRT/69369.1/MNL/551449v1