UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 MAR 31  P 12: 03

| | |
|---|---|
| RITA ABSHER | : |
| | : CIVIL ACTION NO. |
| PLAINTIFF, | : 3:02 CV171(AHN) |
| | : |
| v. | : |
| | : |
| FLEXI INTERNATIONAL | : MARCH 30, 2005 |
| SOFTWARE, INC. AND JAY BELSKY | : |
| | : |
| DEFENDANTS | : |

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Rita Absher, requests an enlargement the time to April 6, 2005 in which to file a memorandum in opposition to motion for summary judgment. This is the _____ request for enlargement of time in this matter.

**Procedural**

The plaintiff's employment with the defendant company was terminated. Plaintiff claims that her termination was related to complaints of sexual harassment against the defendant, Jay Belsky. The defendant denies the allegations. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The court has previously enlarged the time to file a responsive memorandum to March 31, 2005.

**Reasons For Requested Enlargement**

Counsel for the plaintiff commenced trial in Juan Castro v. Michael Roberts No. CV 01 0276243 S, J.D. of New Haven at Meriden before Judge Lois Tanzer on January 26, 2005. The parties picked a jury and the evidence portion of the trial commenced on February 14, 2005. The trial was completed on March 14, 2005. Since that time other legal matters, including court appearances and matters that had been delayed due to the trial, required immediate attention.

Counsel for the plaintiff was unable to ascertain defendant's position relative to this requested enlargement of time.

Plaintiff
Rita Absher

By _____
Michael J. Melly
Fed. Bar No. 17841
Mullins & Michaud LLC
682 Prospect Avenue
Hartford, CT 06105
Tel: 860 231-7000
Fax: 860 231-8400

Case 3:02-cv-00171-AHN    Document 103    Filed 03/31/2005    Page 3 of 3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 3/30/05 to:

Timothy Ronan
Michael LaVelle
Pullman & Comley
850 Main Street
Bridgeport, CT 06601-7006

_____
Michael J. Melly