#104

FILED

2005 MAR 31  P 3: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>              PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>              DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br><br>March 31, 2005 |

### DEFENDANTS' OBJECTION TO MOTION
### FOR ENLARGEMENT OF TIME

The Defendants FlexiInternational Software, Inc. and Jay Belsky hereby object to the Plaintiff's motion dated March 30, 2005 for enlargement of time to file a memorandum in opposition to the Defendants' motion for summary judgment.

The motion for summary judgment was filed on September 8, 2004. By the Defendants' count, the instant motion is the ninth request for enlargement of time. In granting the immediate prior request for enlargement of time to March 31, 2005, the court's order stated: NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

The instant motion further states that Plaintiff was unable to ascertain Defendants' position relative to this request. Plaintiff's counsel and Defendants' counsel

have frequently communicated by e-mail, telephone, voice mail and regular mail, but in this instance the Defendants' counsel has knowledge record of any attempt at contact to ascertain the Defendants' position.

In accordance with the court's order and with Local Rule 7(a)(1), the Defendants request the court to deny the motion for enlargement of time and to consider the pending motion for summary judgment in light of the Plaintiff's failure to submit a memorandum in opposition.

THE DEFENDANTS,

**FlexiInternational Software, Inc. and Jay Belsky**

By: _____
Michael N. LaVelle (CT 06170)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Telephone: (203) 330-2112
Facsimile: (203) 330-2288

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on March 31, 2005 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
Mullins & Michaud
682 Prospect Avenue
Hartford, CT 06105
Telephone: (860) 231-7000
Facsimile: (860) 231-8400

_____
Michael N. LaVelle

BPRT/69369.1/MNL/553501v1