UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | |
| PLAINTIFF, | : | CIVIL ACTION NO.<br>3:02 CV171(AHN) |
| v. | : | |
| FLEXI INTERNATIONAL<br>SOFTWARE, INC. AND JAY BELSKY | : | APRIL 29, 2005 |
| DEFENDANTS | : | |

## MOTION FOR ENLARGEMENT OF TIME AND PERMISSION TO FILE LATE BRIEF MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Rita Absher, requests an enlargement the time to April 29, 2005 in which to file a memorandum in opposition to motion for summary judgment. Plaintiff further requests that the court allow this memorandum to be filed late and to allow the memorandum to exceed the page limit [43 pages]. There have been approximately seven prior extensions in this matter.

### Procedural

The plaintiff's employment with the defendant company was terminated. Plaintiff claims that her termination was related to complaints of sexual harassment against the defendant, Jay Belsky. The defendant denies the allegations. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The court has previously enlarged the time to file a responsive memorandum to March 31, 2005. Plaintiff filed additional request through April 6, 2005.

## **Reasons For Requested Enlargement**

Extenuating circumstances have caused plaintiff's memorandum to be late, without having filed an enlargement of time seeking permission for the late filing.

On or about April 6, 2005 plaintiff anticipated filing the brief, when other facts were learned from the client who resides in Cozumel, Mexico. The affidavit had to be redrafted and signed by the client. Mailing is very difficult to and from Mexico, causing further delay. In the meantime, counsel for the plaintiff, was ill with a sinus infection on or about April 6, 2005, preventing a timely request for further enlargement of time and also contributing to this further delay in the filing of the brief.

Counsel for the plaintiff commenced trial in Juan Castro v. Michael Roberts No. CV 01 0276243 S, J.D. of New Haven at Meriden before Judge Lois Tanzer on January 26, 2005. The parties picked a jury and the evidence portion of the trial commenced on February 14, 2005. The trial was completed on March 14, 2005. Since that time other legal matters, including court appearances, real estate closings and matters that had been delayed due to the trial, required immediate attention.

Counsel for the plaintiff would be amenable to a telephone conference with the court and opposing counsel, should the court wish a further explanation.

Counsel for the defendant stated that he has no position relative to this requested enlargement of time.

Plaintiff
Rita Absher

By _____
Michael J. Melly
Fed. Bar No. 17841
682 Prospect Avenue
Hartford, CT 06105
Tel: 860 231-7000
Fax: 860 231-8400

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 4/30/05 to:

Timothy Ronan
Michael LaVelle
Pullman & Comley
850 Main Street
Bridgeport, CT 06601-7006

_____
Michael J. Melly