```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3

 4
     RITA ABSHER,                          :   CIVIL ACTION NO.
 5        PLAINTIFF                        :
                                           :
 6   VS.                                   :   3:02 CV171 (AHN)
                                           :
 7   FELXIINTERNATIONAL SOFTWARE,INC.      :
     AND JAY BELSKY,                       :
 8        DEFENDANTS                       :   JUNE 11, 2004

 9

10            EXAMINATION OF ROSEMARIE FERRARO

11
     A P P E A R A N C E S:
12
        Representing the Plaintiff:
13      BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER
              100 Fort Hill Road
14            P.O. Box 942
              Groton, CT   06340
15      BY:  MICHAEL J. MELLY, ESQ.

16


17      Representing the Defendant:
        PULLMAN & COMLEY
18            850 Main Street
              Bridgeport, CT   06604
19      BY:  MICHAEL LaVELLE, ESQ.

20

21   COPY                         Reported By:
                                  Susan M. Webb
22                                Licensed Shorthand Reporter
                                  License No. 00313
23

24              Shea & Driscoll, LLC
              Court Reporting Associates
25                16 Seabreeze Drive
                 Waterford, CT   06385
```

```
 1    Q    When did the issue of the conference first come
 2  up?
 3    A    I think it came up initially in -- actually, I
 4  think it came up when they were discussing whether or
 5  not she would go on vacation, because the conference was
 6  going on.
 7    Q    Did anything come up while she was away about the
 8  conference being postponed or somebody filling in on the
 9  conference or anything?
10    A    I know some things came up only because Kevin had
11  been trying to reach Rita and couldn't, and then I
12  actually had an e-mail address for -- I don't know if
13  it's their home in Mexico or an e-mail address in
14  Mexico, and so we sent her an e-mail there; because I
15  recall there was something they needed about the
16  conference.
17    Q    Do you know whether Mr. Nolan was able to find
18  out what he needed from Rita about the conference?
19    A    I don't think initially he was, because I know he
20  had left her a message or an e-mail so I don't think
21  initially he was able to.
22    Q    You spoke to Jay Belsky after you spoke to Rita,
23  right?
24    A    Yes.
25    Q    Do you remember when you spoke to him?
```

```
 1     A    It was I'd say either that day or the following
 2   day, within a day or so.
 3     Q    Where was it that you spoke to Jay?
 4     A    I think it was my office.
 5     Q    What did you say to him?
 6     A    Specifically I don't recall, but I believe I
 7   covered all the issues that we had discussed and that it
 8   had to stop.
 9     Q    Did you initiate the meeting with Jay?
10     A    Yes.
11     Q    Why did you tell him it had to stop?
12     A    Because Rita had come to me that day or the day
13   before and made a complaint about it.
14     Q    Did you find any of the incidents she described
15   as inappropriate in the workplace?
16     A    Yes, and spoke to Jay about those and to hear his
17   side as well.
18     Q    Did you find Rita's complaint regarding the
19   incident to be credible before you went to Jay?
20     A    Yes.
21     Q    What was Jay's response to your bringing this to
22   his attention?
23     A    In terms of the color, he sort of said he
24   understood.  I do know in terms of hitting her in the
25   leg or whatever, she was hit.  As I recall, he said he
```

1  was at his computer looking up a number and then as he
2  turned around or had his hand up, he hit her not
3  realizing that she had walked into his office at that
4  point.  In terms of the comments about the Velcro
5  jacket, he had said something like she sort of held her
6  breast and was brushing off the pills from her sweater
7  or the pulls or whatever you want to call them and was
8  commenting that the Velcro had snagged the sweater.
9        So based on what she said, he then said, okay.
10 Well, I have Velcro.  I'm going to attach it to the
11 Velcro so it will stop pulling.  That's what he had said
12 to me, and then the issue of larger breasts was because
13 they were talking about breast cancer and mastectomies
14 and sort of if you start off with a larger breast, then
15 even though you're removing a tumor, I guess there's
16 breast left.
17    Q   Did he say where he hit her in the leg or where
18 he --
19    A   I think it was -- I know it was in the leg.  I
20 don't know where.  Upper, lower, I don't know.
21    Q   Regarding the Velcro, was he taking Velcro that
22 he had or was it Velcro on one of her items?
23    A   No.  I think it was Velcro he had in his desk
24 that I think you wrap computer wires in.
25    Q   He was taking the Velcro and removing something

Shea & Driscoll, LLC   (860) 443-3592

```
 1  off her sweater?
 2      A    No.  She had Velcro tabs on her jacket so he was
 3  literally cutting pieces of Velcro that he had and
 4  attaching it to Velcro so that now the other side would
 5  be the nonpulling side.
 6      Q    Did he have any other response?
 7      A    I don't think so other than he had spoken to
 8  Rita, and he understood.
 9      Q    Between the time Rita talked to you and you
10  talked to Belsky, Rita had talked to him?
11      A    Yes.  I believe that's how she wanted it to
12  happen at the time.
13      Q    When you spoke to Jay, was it discussed about any
14  other things with other women?
15      A    I don't believe so other than in general don't
16  ask about colors anymore.
17      Q    Did you put anything in Mr. Belsky's personnel
18  file regarding Rita's complaint?
19      A    I don't recall.
20      Q    Do you recall whether you wrote anything?
21      A    I did write something, yes, about what Rita
22  communicated to me and what the sequence of events were.
23      Q    Do you know where you put it, what you wrote?
24      A    All of those filings were transitioned to Stefan,
25  because I was laid off that year as well so whatever I
```