# 102

FILED

2005 MAR 16 P 1:02

U.S. DISTRICT COURT
BRIDGEPORT, CT

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9(A))

Alan H. Nevas, USDJ

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>   PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>   DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br>March 15, 2005 |

### MOTIONS FOR SANCTIONS

In accordance with Rule 37(a)(2)(A), the Defendants move for an Order of the Court that the fact that the Plaintiff has failed to mitigate her damages be taken as established for the purposes of this action. The Defendant files a Memorandum of Law in support of this Motion for Sanctions.

THE DEFENDANTS,

FlexiInternational Software, Inc. and
Jay Belsky

By: _Michael LaVelle_
Michael N. LaVelle (CT 06170)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Telephone: (203) 330-2112
Facsimile: (203) 330-2288