UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RITA ABSHER

      v.                              3:02CV171 (AHN)

FLEXI INTERNATIONAL SOFTWARE,
INC. AND JAY BELSKY


## J U D G M E N T

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 30, 2005, a Ruling on Defendants' Motion for Summary Judgment was entered by the Court granting defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 7th day of October 2005.

                                            KEVIN F. ROWE, Clerk

                                            By /s/ Alice Montz
                                                    Deputy Clerk

Entered on Docket _____