UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 11 A 10: 27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

RITA ABSHER :
: CIVIL ACTION NO.
PLAINTIFF, : 3:02 CV171(AHN)
:
v. :
:
FLEXI INTERNATIONAL : OCTOBER 10, 2005
SOFTWARE, INC. AND JAY BELSKY :
:
DEFENDANTS :

## MOTION FOR RECONSIDERATION AND HEARING

The Plaintiff, Rita Absher, respectfully requests that the court reconsider its ruling dated September 30, 2005 denying plaintiff's motion for extension of time and permission to file late brief and granting defendant's motion for summary judgment. Plaintiff further requests a hearing so that further explanation and arguments may be made and exhibits submitted on her behalf.

### Procedural

The plaintiff's employment with the defendant company was terminated. Plaintiff claims that her termination was related to complaints of sexual harassment against the defendant, Jay Belsky. The defendant denies the allegations. The plaintiff commenced this action for claims arising under Title VII [sexual harassment and gender discrimination], contract and promissory estoppel. The defendant filed a motion for summary judgment. On April 29, 2005 plaintiff filed a motion for extension of time and late brief. Plaintiff also filed a memorandum in opposition to motion for summary

judgment on the same day (April 29, 2005). At the time of filing plaintiff was unaware that a prior motion for extension of time had been denied. Although the court indicated in its memorandum of decision that a previous motion for extension of time had been denied, the plaintiff was unaware of such denial.

**Reasons For Requested Reconsideration**

Extenuating circumstances caused plaintiff's memorandum to be late, without having filed an enlargement of time seeking permission for the late filing.

On or about April 6, 2005 plaintiff anticipated filing the brief, when other facts were learned from the client who resides in Cozumel, Mexico. The affidavit had to be redrafted and signed by the client. Mailing is very difficult to and from Mexico, causing further delay. In the meantime, counsel for the plaintiff, was ill with a sinus infection on or about April 6, 2005, preventing a timely request for further enlargement of time and also contributing to this further delay in the filing of the brief.

Prior extensions had been requested because counsel for the plaintiff commenced trial in Juan Castro v. Michael Roberts No. CV 01 0276243 S, J.D. of New Haven at Meriden before Judge Lois Tanzer. The parties picked a jury on January 26, 2005 and the evidence portion of the trial commenced on February 14, 2005. The trial was completed on March 14, 2005. Other legal matters had also contributed to prior requests for extension of time including handling legal matters for counsel's law firm as a result of the departure of the firms real estate attorney. Plaintiff's counsel had only recently commenced working with said new law firm.

Counsel for the plaintiff is unaware of opposing counsel's position relative to

this requested enlargement of time.

Plaintiff
Rita Absher

By /s/ Michael J. Melly
Michael J. Melly
Fed. Bar No. 17841
P.O. Box 771
New London, CT 06320
Tel: 860 447-1990

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 10/11/05 to:

Timothy Ronan
Michael LaVelle
Pullman & Comley
850 Main Street
Bridgeport, CT 06601-7006

/s/ Michael J. Melly
Michael J. Melly