UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA ABSHER,<br><br>PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br><br><br>October 19, 2005 |

### DEFENDANTS' OBJECTION TO MOTION
### FOR RECONSIDERATION AND HEARING

The Defendants FlexiInternational Software, Inc. and Jay Belsky hereby object to the Plaintiff's motion dated October 10, 2005 for reconsideration and hearing on the court's granting of the Defendants' motion for summary judgment. The Plaintiff's latest motion adds nothing new to the Plaintiff's previous excuses and does not support reconsideration or hearing.

The Defendants' motion for summary judgment was filed on September 8, 2004. Pursuant to Rule 7(a)(1), Local Rules of Civil Procedure, opposition to the summary judgment was due within 21 days, or no later than September 29, 2004. Instead, the Plaintiff commenced a series of motions for enlargement of time: September 28, 2004, October 19, 2004, November 8, 2004, December 6, 2004, December 20, 2004, and

January 5, 2005.

In moving for yet another enlargement of time on January 31, 2005, the Plaintiff used the excuses of her counsel's joining a new law firm and becoming involved with the trial of the case called Castro v. Michael Roberts, scheduled for trial on February 15, 2005. Having received that extension, the Plaintiff moved for the ninth time for enlargement of time, which was granted until March 31, 2005 with the order that no further extensions of time would be granted. The Plaintiff nevertheless attempted to move for yet another enlargement of time, which was denied by the court on April 5, 2005.

The Plaintiff now claims to have been unaware of the denial of the last motion for enlargement of time, although the Plaintiff could hardly have assumed that the motion had been granted, given the court's prior order that no further extensions would be granted after March 31, 2005. The Plaintiff also claims to have intended to file opposition on April 6, 2005, which however was after the court's deadline.

The Plaintiff next claims that the proposed April 6 filing was further delayed because the Plaintiff thought of "other facts" while residing in Cozumel, Mexico. There was no explanation as to why these other facts could not have been thought of in September, 2004, when opposition to the motion for summary judgment was initially due, or for that matter at the time of the drafting of the complaint. Plaintiff also seems to be averring that her counsel chose to work on a trial and on real estate matters rather than the opposition to the summary judgment, which is obviously not a suitable excuse.

The implication of the Plaintiff's averment is that she began to compile an opposition to the motion for summary judgment in April, 2005, seven months after it was filed in September, 2004, and after the court had plainly ordered that the last extension of time for a response expired on March 31, 2005.  It is plain from the Plaintiff's averments that no outside force prevented a timely compliance with the court's rulings; the Plaintiff simply chose to act as she did.  Rule 7(c), Local Rules of Civil Procedure, requires a motion for reconsideration to set forth the matters which counsel believes were "overlooked" by the court in the initial decision or order.  The Plaintiff's motion does not even attempt such a showing.

For the foregoing reasons, the motion should be denied.

                              THE DEFENDANTS,

                              Flexilnternational Software, Inc. and
                              Jay Belsky

By: _____
     Michael N. LaVelle (CT 06170)
     Pullman & Comley, LLC
     850 Main Street
     Bridgeport, CT  06604
     Telephone:  (203) 330-2112
      Facsimile:   (203) 330-2288

## CERTIFICATION

      Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on October 19, 2005 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
Mullins & Michaud
682 Prospect Avenue
Hartford, CT  06105
Telephone: (860) 231-7000
Facsimile:   (860) 231-8400

Michael J. Melly, Esq.
81-101 Crooked Tree Lane
Vero Beach, FL  32962

Michael J. Melly, Esq.
P.O. Box 771
New London, CT  06320

 

_____
Michael N. LaVelle

Bridgeport/69369.1/MNL/575815v1