UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA ABSHER | : | |
| PLAINTIFF, | : | CIVIL ACTION NO. 3:02 CV171(AHN) |
| v. | : | |
| FLEXI INTERNATIONAL SOFTWARE, INC. AND JAY BELSKY | : | DECEMBER 7, 2005 |
| DEFENDANTS | : | |

### NOTICE OF APPEAL

The Plaintiff, Rita Absher, pursuant to Rule 3 of the Fed. R. App. P. hereby gives notice of appeal to the United States Court of Appeals for the Second Circuit from the following rulings of Judge Alan H. Nevas of the United States District Court for the District of Connecticut.

1. Ruling and Judgment dated September 30 2005 for the Defendant on Defendant's Motion for Summary Judgment.

2. Ruling denying Plaintiff's Motions for Extension of Time dated March 11, 2005 and March 31, 2005 and Motion for Extension of Time and Permission to File Late Brief dated April 29, 2005.

3. Ruling denying Plaintiff's Motion for Reconsideration and Hearing dated November 10, 2005.

Plaintiff
Rita Absher

By _____
Michael J. Melly
Fed. Bar No. 17841
143 Oneco Avenue  Suite 4
P.O. Box 771
New London, CT 06320
Tel: 860 447-1990

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 12/8/05 to:

Timothy Ronan
Michael LaVelle
Pullman & Comley
850 Main Street
Bridgeport, CT 06601-7006

Rita Absher
P.O. Box 624
Cozumel, Q Roo   77600
Mexico

_____
Michael J. Melly