UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| **RITA ABSHER** | : | 2006 MAR 20 ꟼ 2: 12 |
| | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02 CV171(AHN) |
| | : | APP. NO. 05-6694-CV |
| v. | : | |
| | : | |
| **FLEXI INTERNATIONAL** | : | MARCH 17, 2006 |
| **SOFTWARE, INC. AND JAY BELSKY** | : | |
| | : | |
| DEFENDANTS | : | |

### INDEX TO RECORD ON APPEAL

| Date Filed | District Court Document No. | Document No. This Appeal | Document Title |
|---|---|---|---|
| 8/28/03 | 46 | | Defendant's Motion to Extend Discovery Deadline |
| 9/08/03 | | | Endorsement granting Motion to Extend 46-1 |
| 11/12/03 | 51 | | Def. Motion to Extend Discovery |
| 11/19/03 | 53 | | Ruling Granting 51 Mot. To Extend |
| 12/29/03 | 55 | | Plaintiff Mot. To Extend Discovery |
| 1/9/04 | 56 | | Ruling granting Mot. To Extend discovey deadline |
| 1/16/04 | 58 | | Plaintiff's Motion to Compel. |
| 1/16/04 | 59 | | Plaintiff's Memorandum in Support of Motion to Compel. |
| 1/21/04 | 61 | | Objection to Motion to Compel. |
| 2/27/04 | 63 | | Def. Mot. To extend Disc deadline |
| 3/04/04 | 64 | | Endorsement granting ext disc deadline |
| 4/15/04 | 65 | | Def. Supplemental response to |

| Date | Doc # | Description |
|---|---|---|
| 4/29/04 | 66 | Plaint. Mot to Compel |
| | | Minute entry-proceedings before Magistrate Holly Fitzsimmons re: #58 Plaint mot to compel |
| 5/13/04 | 67 | Scheduling order re: discovery |
| 6/14/04 | 73 | Plaint. Mot. To Extend Time Re: discovery |
| 6/22/04 | 74 | Endorsement order granting # 73 |
| 9/8/04 | 81 | Motion for Summary Judgment. |
| 9/8/04 | 81 | Memorandum of Law In Support of Motion for Summary Judgment |
| 9/8/04 | 81 | Rule 56(A)(1) Statement. |
| 9/8/04 | 81 | Affidavit in Support of Motion for Summary Judgment. |
| 9/27/04 | 83 | Ruling granting No. 58 Plaintiff's Motion to Compel |
| 3/31/05 | 103 | Motion for Extension of Time |
| 3/31/05 | 104 | Objection to Mot. for extension of time. |
| 4/5/05 | 105 | Ruling Re: Plaintiff's Motion for Extension of Time |
| 4/29/05 | 106 | Motion for Extension of Time and Permission to File Late Brief. |
| 5/9/05 | 108 | Ruling on Plaintiff's Motion for Extension of time (106). |
| 4/29/05 | 106 | Memorandum in Opposition to Motion for Summary Judgment |
| 4/29/05 | 106 | Plaintiff's Affidavit. |
| 4/29/05 | 107 | Plaintiff's Rule 56(A)(2) Statement. |

| Date | No. | Description |
|---|---|---|
| 5/9/05 | 109 | Reply brief. |
| 9/30/05 | 111 | Ruling on Motion for Summary Judgment. |
| 10/7/05 | 112 | Judgment |
| 10/11/05 | 113 | Motion for Reconsideration and Hearing. |
| 10/20/05 | 114 | Objection to Motion for Reconsideration and hearing |
| 11/10/05 | 115 | Ruling Denying Motion to Reconsider and Hearing. |
| 12/7/05 | 116 | Notice of Appeal |
| April 12, 2005 | | Medical documents Re: Medical Treatment of Michael Melly |
| April 23, 2004 | | Correspondence to Magistrate Fitzsimmons re: Plaintiff's Motion to Compel |

Plaintiff/Appellant
Rita Absher

By _____
Michael J. Melly
Fed. Bar No. 17841
143 # 4 Oneco Avenue
New London, CT 06105
Tel: 860 447-1990

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 3/20/06 to:

Timothy Ronan
Michael LaVelle
Pullman & Comley
850 Main Street
Bridgeport, CT 06601-7006

_____
Michael J. Melly