UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| RITA ABSHER,<br><br>            PLAINTIFF,<br><br>VS.<br><br>FLEXIINTERNATIONAL SOFTWARE,<br>INC. AND JAY BELSKY,<br><br>            DEFENDANTS. | CIVIL ACTION<br>NO. 3:02 CV 171 (AHN)<br><br>APP. NO. 05-6694cv<br><br><br>MARCH 24, 2006 |

### DEFENDANTS-APPELLEES REQUEST
### TO SUPPLEMENT THE RECORD

In accordance with Federal Rule of Appellate Procedure 10(e)(2), the Defendants-Appellees FlexiInternational Software Inc. and Jay Belsky request that the record as shown on the Index to Record on Appeal filed by the Plaintiff-Appellant Rita Absher on March 20, 2006 be supplemented with the addition of the following record items that were omitted from the index:

| Date Filed | District Court Document No. | Document No. for Appeal | Document Title |
|---|---|---|---|
| 8-30-2004 | 80 | | Defendants' Motion to Compel Responses to Discovery Requests |
| 9-29-2004 | 84 | | Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment |
| 9-29-2004 | 85 | | Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion to Compel Discovery [80] |
| 10-6-2004 | 87 | | Order Granting Plaintiff's Motion for Extension of Time to Respond to Summary Judgment [84] |
| 10-20-2004 | 88 | | Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment |

| Date Filed | District Court Document No. | Document No. for Appeal | Document Title |
|---|---|---|---|
| 10-26-2004 | | | Reset Deadlines as to Motion for Summary Judgment. Responses Due by 11-10-2004 |
| 11-09-2004 | 90 | | Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment |
| 12-8-2004 | 91 | | Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment |
| 12-15-2004 | 92 | | Order Granting Defendants' Motion to Compel Responses to Discovery Requests [80] Absent Opposition |
| 12-15-2004 | 93 | | Order Granting Nunc Pro Tunc Plaintiff's Motion for Extension of Time to File Response for Summary Judgment [90] |
| 12-15-2004 | 94 | | Order Granting Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment [91] |
| 12-21-2004 | 95 | | Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment |
| 12-22-2004 | 96 | | Order Granting Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment [95] |
| 12-22-2004 | | | Reset Deadlines as to Motion for Summary Judgment. Responses due by 1-31-2005 |
| 12-23-2004 | 97 | | Defendants' Objection to Plaintiff's Motion for Extension of Time to Respond to Summary Judgment [95] |
| 1-31-2005 | 98 | | Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment |
| 2-7-2005 | 99 | | Order Granting Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment [98] |
| 2-7-2005 | | | Reset Deadlines as to Motion for Summary Judgment. Responses due by 3-3-2005 |

| Date Filed | Document No. | Document No. for Appeal | Document Title |
|---|---|---|---|
| 3-4-2005 | 100 | | Plaintiff's Motion for Extension of Time, Nunc Pro Tunc, to File response to Motion for Summary Judgment |
| 3-11-2005 | 101 | | Order Granting Plaintiff's Motion for Extension of Time to File Response to Motion for Summary Judgment [100]. Responses due by 3-31-2005. NO FURTHER EXTENSION OF TIME WILL BE GRANTED |
| 3-16-2005 | 102 | | Defendants' Motion for Sanctions for Plaintiff's Failure to Respond to Discovery |
| 7-1-2005 | 110 | | Order Granting Defendants' Motion for Sanctions [102] |

The Defendants-Appellees aver that these record items are necessary for review of the issues raised on appeal by the Plaintiff-Appellant concerning denial of her motion to extend time and denial of her motion for reconsideration.

THE DEFENDANTS-APPELLEES,
FlexiInternational Software, Inc. and
Jay Belsky

By: _____
Michael N. LaVelle (CT 06170)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604
Telephone: (203) 330-2112
Facsimile: (203) 330-2288

3

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was sent via United States mail on March 24, 2006 to all counsel and pro se parties of record.

Michael J. Melly, Esq.
143 Oneco Avenue, #4
New London, CT  06105

_____
Michael N. LaVelle